Spencer A. Schneider, Esq. (SBN 175071)
Karen E. Adelman, Esq. (SBN 216927)
BERMAN BERMAN BERMAN
SCHNEIDER & LOWARY, LLP
11900 West Olympic Blvd., Suite 600
Los Angeles, California 90064-1151
Telephone: (310) 447-9000
Facsimile: (310) 447-9011
Email: saschneider@b3law.com; keadelman@b3law.com
Legal Assistant: Alma Magana armagana@b3law.com

Attorneys for Plaintiff DB INSURANCE COMPANY, LTD. (U.S. BRANCH)

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DB INSURANCE CO., LTD. (U.S. BRANCH), a corporation, | CASE NO: |
| Plaintiff, | **COMPLAINT** |
| vs. | |
| TEMECULA RANCHO CIELO LLC, a California limited liability company, GLORIA GAONA, an individual, JULIO GAONA, an individual, IAN GIBBINS, an individual, | |
| Defendants. | |

COMES NOW Plaintiff DB Insurance Co., Ltd. (U.S. Branch), hereinafter "DBIC" or "plaintiff," and for its Complaint against defendants, and each of them, alleges as follows:

1.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1332(a) because complete diversity of citizenship exists between Plaintiff and Defendants and the amount in controversy is greater than $75,000, exclusive of interest and costs.

2.    DBIC is, and all at times relevant herein was, a citizen of the state of Hawaii and the Republic of Korea (South Korea).  DB was incorporated under the

laws of the state of Hawaii and has its principal place of business in Seoul, South Korea. DBIC is, and at all times herein mentioned was, a corporation duly qualified to do business in the State of California as an insurance company.

3. Defendant Temecula Rancho Cielo LLC ("TRC") is a California limited liability company with its principal place of business in California. DBIC is informed and believes, and thereon alleges, that TRC is, and at all times herein mentioned was, a limited liability company duly qualified to do business in the State of California.

4. Defendant Gloria Gaona is an individual who is a citizen of the State of California. DBIC is informed and believes, and thereon alleges, that defendant Gloria Gaona is, and at all times herein mentioned was, an owner and the managing member of TRC.

5. Defendant Julio Gaona is an individual who is a citizen of the State of California. DBIC is informed and believes, and thereon alleges, that defendant Julio Gaona is, and at all times herein mentioned was, an owner of TRC.

6. Defendant Ian Gibbins ("Gibbins") is an individual who is a citizen of the State of California.

7. DBIC is informed and believes and thereon alleges that the acts and/or omissions at issue in this litigation took place in the State of California, County of Riverside. The hereinafter described underlying personal-injury action was filed in the Superior Court for the State of California, County of Riverside, within this judicial district. Accordingly, venue is proper in the Central District of California – Eastern Division pursuant to 28 U.S.C. §1391(b)(2).

8. Plaintiff is informed and believes, and on that basis alleges, that at all times herein mentioned, each defendant was the agent and employee of the other defendants, acting in the scope of his or her authority as such agent and employee, with the permission and consent of all defendants.

/ / /

9.    On or about August 25, 2023, TRC submitted an application for insurance with DBIC's underwriting agent, Aegis General Insurance Agency, Inc. ("Aegis"), for a Difference in Conditions Policy for the residential property located at 33392 Wolfe Street in Temecula, California ("the Property").  A true and correct copy of the insurance application Gloria Gaona submitted on TRC's behalf is attached hereto as Exhibit "A" and is incorporated herein by this reference as though set forth in full.

10.    The application informed TRC that "[p]roperties with business operations performed on premises where there is increased liability exposure due to foot traffic (customers, clients, etc.)" are not acceptable for insurance with DBIC.

11.    The application asked TRC eight specific underwriting questions, including the following first question to which TRC answered "no":

| Underwriting Questions | Yes | No |
|---|---|---|
| 1.    Are there business operations performed on the premises where there is increased liability exposure due to foot traffic (customers, clients, etc.)? | | X |

12.    Gloria Gaona signed the application for TRC on October 17, 2023, attesting that she had read the application, including the list of those properties that are unacceptable to DBIC, and that she understood that any false statement, omission, misrepresentation or non-compliance with the underwriting rules applicable to DBIC's policy may result in a rescission of the policy.

13.    In agreeing to offer TRC a policy of insurance and quoting a premium, DBIC relied on the representations Gloria Gaona made in TRC's application, including her representation that there were no business operations performed on TRC's premises.

14.    In reliance on the representations made in TRC's application for insurance, DBIC issued a Difference in Conditions Policy for the Property to TRC

under Policy No. 0216610915, effective from August 25, 2024 to August 25, 2025 ("the Policy"). A true and correct copy of the Policy is attached hereto as Exhibit "B" and is incorporated herein by this reference as though set forth in full.

15.     On or about December 23, 2024, Gibbins caused a complaint to be filed in the Riverside Superior Court pleading causes of action for negligence and premises liability against TRC, Gloria Gaona, Julio Gaona, and others in an action entitled *Gibbins v. Rancho Trapeze Resort, LLC*, Case No. CVME2405570 ("Underlying Action"). A true and correct copy of the complaint filed in the Underlying Action ("Underlying Complaint") is attached hereto as Exhibit "C" and is incorporated herein by this reference as though set forth in full.

16.     The Underlying Complaint alleges that Gibbins sustained injuries on September 10, 2024, when he fell approximately 10 feet to the ground while he was a patron at a trapeze school operated by TRC on the Property under the business name Rancho Trapeze Resort. Gibbins alleges defendants, including TRC, Gloria Gaona, and Julio Gaona, knew or should have known about the dangerous conditions on the Property and failed to safeguard and protect patrons coming onto the Property.

17.     In the Underlying Action, Gibbins claims he has sustained serious physical injuries as a result of his patronage of TRC on the date of the alleged incident. Gibbins' damages claim amounts to $500,000 (which constitutes the limits of the hereinafter described insurance policy DBIC issued to TRC) for which he seeks recovery from TRC, Gloria Gaona, and Julio Gaona.

18.     Upon service of the Underlying Complaint, TRC tendered the Underlying Action to DBIC for a defense and indemnification of TRC, Gloria Gaona, and Julio Gaona.

19.     DBIC accepted the tender and agreed to defend TRC, Gloria Gaona, and Julio Gaona subject to a reservation of rights.

/ / /

## FIRST CLAIM FOR

## DECLARATORY JUDGMENT AS TO RESCISSION OF THE DBIC POLICY

20.     DBIC incorporates the allegations of paragraphs 1 through 19 by reference as though set forth in full.

21.     In the course of investigating the allegations made in the Underlying Complaint, DBIC discovered that TRC operated a trapeze school on the Property, provided training and lessons to customers of the trapeze school, utilized trapeze-related equipment located on the Property in connection therewith, and derived financial benefit therefrom.

22.     Gloria Gaona's representation in TRC's application for insurance that no business operations were conducted on the Property was false.  DBIC would not have issued the Policy to TRC at the premium charged had it known TRC operated a trapeze school for commercial purposes with customers coming onto the Property to use the trapeze and receive instruction.  The misrepresentation made in TRC's application was therefore material.

23.     Based on the material misrepresentation in TRC's application for insurance, DBIC seeks to rescind the Policy.

24.     A dispute has arisen among the parties regarding DBIC's right to rescind the Policy and DBIC does not have an adequate remedy at law to adjudicate said controversy.

25.     DBIC contends it is entitled to rescind the Policy based on TRC's material misrepresentation in its application for insurance.

26.     DBIC further contends that once rescinded, the Policy does not provide coverage for the damages claimed in the Underlying Action, and that DBIC owes no obligation to defend or indemnify TRC, Gloria Gaona, or Julio Gaona.

27.     DBIC is informed and believes, and thereon alleges, that defendants dispute DBIC's contentions regarding the rescission of the Policy as set forth above. DBIC therefore requires a judicial determination of its right to rescind the Policy.

SECOND CLAIM FOR

DECLARATORY JUDGMENT

28.    DBIC incorporates the allegations of paragraphs 1 through 27 by reference as though set forth in full.

29.    This cause of action for declaratory judgment is pleaded in the alternative to the first cause of action for declaratory judgment.

30.    A dispute has arisen among the parties regarding their respective rights and obligations in connection with the Policy as it applies to the Underlying Action and DBIC does not have an adequate remedy at law to adjudicate said controversy.

31.    DBIC contends TRC made a material misrepresentation in its application for insurance with DBIC entitling DBIC to rescind the Policy.  In the event it is determined TRC's representation in its application for insurance about no business operations on its premises was not false and material, DBIC contends there still is no coverage under the Policy in connection with the damages claimed in the Underlying Action, that DBIC owes no obligation to defend or indemnify TRC, Gloria Gaona, or Julio Gaona in the Underlying Action, and that DBIC has no obligation in connection with any settlement or judgment because the Policy excludes coverage for bodily injury arising out of the business pursuits of any insured.

32.    DBIC is informed and believes, and thereon alleges, that defendants dispute DBIC's contentions regarding the lack of coverage and potential coverage as set forth above.  Therefore, in the event the Court declines to enforce a rescission of the Policy as DBIC seeks herein, DBIC alternatively requires a judicial determination of its rights and obligations and the rights and obligations of the parties herein regarding coverage under the Policy for damages claimed in the Underlying Action.

/ / /

/ / /

1    WHEREFORE, DBIC prays for judgment as follows:

2    1.    A judicial declaration that DBIC is entitled to rescind the Policy based

3    on a material misrepresentation made in TRC's application for insurance;

4    2.    In the alternative, DBIC seeks a judicial declaration that DBIC owes

5    no duty to defend or indemnify TRC, Gloria Gaona, and Julio Gaona under the

6    Policy in connection with the Underlying Action, and that DBIC owes no duty to

7    any person or party including, but not limited to, all defendants in connection with

8    the Underlying Action;

9    3.    For costs of suit; and

10    4.    For such other and further relief as the Court may deem just and

11    proper.

12

13    DATED:   October 30, 2025                    BERMAN  BERMAN  BERMAN
                                                     SCHNEIDER & LOWARY, LLP

14

15                                          By:   /s/ *Karen E. Adelman*
                                                  SPENCER A. SCHNEIDER
16                                                KAREN E. ADELMAN
                                             Attorneys for Plaintiff DB INSURANCE
17                                           COMPANY, LTD. (U.S. BRANCH)

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT "A"



**Underwritten by:**
DB Insurance Co., Ltd. (U.S. Branch)

**AEGIS GENERAL INSURANCE AGENCY**
CA License# 0166850

## <u>Maintaining Documents – Producer Requirements</u>

Thank you for choosing Aegis General Insurance Agency!

The following items are to be kept in your office and are subject to audit:

- o The complete application, signed and dated by both the producer and the named insured

- o Any supporting documentation

*Note: Some documentation is required to be sent to the company. If applicable, an Evidence Needed Form will generate and be available under Policy Documents. Please review to see if any documentation is required to be sent to the company.*

**Any information or documentation provided to the company is subject to underwriting review and approval**

Aegis General Insurance Agency, PO Box 889004, San Diego, CA 92168-9004            1



**CA License # 0I66850**
PO Box 889004
San Diego, CA 92168-9004
Phone: (844)207-4339
Underwritten by DB Insurance Co., Ltd. (U.S. Branch) - AM Best "A" Rated

Producer: WINCHESTER & ASSOCIATES INSURANCE SERVICES

Producer License Number: 0G58158

Producer Code: 10003493

Producer Phone Number: (951) 296-6678

## California DIC Application

**NO COVERAGE EXISTS PRIOR TO THE EFFECTIVE DATE AND HOUR OF THIS APPLICATION. THIS APPLICATION BECOMES PART OF YOUR INSURANCE POLICY.**

| | |
|---|---|
| Policy Number: 0216610915 | Quote Number: Q3832397 |
| Effective Date and Time: 08/25/2023 02:57 PM PT | Policy Term: 12 months |
| Expiration Date and Time: 08/25/2024 12:01 AM PT | Payment Plan: 1-Pay |
| Transmit Date and Time: 08/25/2023 02:57 PM PT | |
| | |
| Named Insured: RANCHO CIELO LLC | Home Phone: (773) 398-9881 |
| Mailing Street Address: 33392 WOLFE ST | Work Phone: |
| Mailing City, State Zip: TEMECULA, CA 92592-7236 | Email: Gloria.Gaona1@gmail.com |

### Property Location:

| Address | City | State | Zip Code |
|---|---|---|---|
| 33392 WOLFE ST | TEMECULA | CA | 92592 |

### Named Insured(s):

| # | Business/Corporation/LLC Name | | |
|---|---|---|---|
| 1 | RANCHO CIELO LLC | | |

| # | Last Name | First Name | Date of Birth |
|---|---|---|---|
| 2 | GAONA | GLORIA | 01/01/1975 |

### Vesting Information (For dwellings deeded in a name other than an individual - For example, a Living Trust)

| Entity on Title |
|---|
| |

### Additional Interest:

| # | Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| | | | | | |

### Property Location Details:

| Occupancy Type | Construction Type | Year Built | Square Feet | Roof Type | Roof Condition | Roof Age |
|---|---|---|---|---|---|---|
| Owner-Primary | Wood Frame | 2010 | 5676 | Tile | | 13 |

### Mortgagee/Loss Payee:

| # | Mortgagee/Loss Payee | Loan Number | Address | City | State | Zip Code |
|---|---|---|---|---|---|---|
| | | | | | | |

### Loss History:

| Loss Date | Policy Type | Insurance Carrier | Loss Type | Loss Amount |
|---|---|---|---|---|
| | | | | |

Insured Name: RANCHO CIELO LLC                                          Policy Number: 0216610915

**A.** <u>**Unacceptable Locations**</u>
1. Locations with a Wildfire Score below 1N.
2. Risks that are not accessible by emergency equipment on the ground.
3. Risks located in any area of increased flood, wave wash, sinkhole, mudslide, or similar peril.
4. A risk location that is not acceptable at the time of new policy issuance or renewal in accordance with the Catastrophic Management and Capacity Restrictions rules of this program.

**B.** <u>**Unacceptable Properties**</u>
1. Properties not showing pride of ownership, including the residential structure.
2. Properties with a swimming pool, hot tub, spa or similar structure not well maintained and completely fenced and fully complying with all local county or city regulations. Pools that are drained in the winter due to the risk being located in a cold climate, but meet all other requirements are acceptable.
   (a) Swimming pool slides, diving boards and similar structures are permitted but no liability coverage for them is afforded.
3. Properties with abandoned non-operational vehicles or where company vehicles are being stored.
4. Properties with discarded appliances that are not in use.
5. Properties with business operations performed on premises where there is increased liability exposure due to foot traffic (customers, clients, etc.) The company won't outright decline a risk where the applicant works from home unless there is an increase in liability exposure.
6. Properties with detached other structures or outbuildings that exceed 1,200 square feet of ground floor area.
7. Properties with a fence, gate or portion thereof in disrepair.
8. For Renter and Unit-Owner policies, buildings over three (3) stories must have enclosed stairwells and no exterior fire escapes.
9. For Renter and Unit-Owner policies, buildings with lobbies must have 24-hour security or buzzer systems to gain access.
10. Properties owned by a well-known personality that increases exposure.

**C.** <u>**Unacceptable Dwellings (Homeowner Only)**</u>
1. Dwellings built prior to 1900.
2. Dwellings undergoing extensive repair or remodeling that effects habitability. Course of construction risks are not acceptable.
3. Dwellings of unusual, unique or cantilevered construction.
4. Dwellings with unrepaired damage (including earthquake damage), open or pending claims, or with any known potential defects, claims disputes, property disputes or lawsuits.
5. Dwellings not insured to 100% of estimated replacement cost. Please note a 3% annual inflationary adjustment will automatically be included at each policy renewal.
6. Dwellings without deadbolts on all doors that provide direct access to the dwelling and/or garage.
7. Dwellings where the foundation is built on a slope of 50 degrees or greater. Dwelling where the foundation is built on a slope of 30-49 degrees are subject to a premium surcharge.
8. Dwellings without a permanent stable foundation that is fully enclosed. Decks attached to the dwelling and supported by post and pier construction are accepted and do not need to be fully enclosed.
9. Dwellings with a roof in disrepair.
10. Dwellings with trees overhanging the roof, deemed by the company to present a hazard.
11. Dwellings without any utility service.
12. Dwellings without all pressurized plumbing constructed entirely of copper, galvanized steel, polyvinyl chloride (PVC or C-PVC), or cross-linked polyethylene (PEX) with an appropriate size manifold. Dwelling with any portion of pressurized plumbing constructed of any other material, such as but not limited to polybutylene (PB) are unacceptable. This rule does not apply to drainage or exterior landscape irrigation systems.

                    Doc ID: 985a87601be578dc6fb16d5f044723765c4b9b46

Insured Name: RANCHO CIELO LLC                                                          Policy Number: 0216610915

**D. Underline Unacceptable Risks**

1. Risks with any illegal activity performed on premises.

2. For Homeowner or Unit-Owner Policies, risks occupied as rooming houses, fraternities, sororities, student housing or other similar types of occupancies.

3. Risks where space is rented to others for any commercial activity.

4. Risks with more than two (2) paid losses in the last 60 months.

5. Risks with an individual or private party as the first or primary lender.

6. Applicants presently undergoing any foreclosure proceedings.

7. Any property with a tenant in possession adverse to owner.

8. For Homeowner policies, the named insured must have legal title to the land upon which the dwelling is located.

9. Commercial risks.

10. Properties with any hazard or exposure that increases the chance of injury or illness to others.

11. For Homeowner or Unit-Owner policies, any risk with more than two mortgagees or lenders.

12. For Homeowner or Unit-Owner policies, any risk recently purchased through foreclosure or bankruptcy proceedings (within 6 months of the requested policy effective date), unless the policy deductible is doubled for the first 90 days of the policy, subject to a $2,000 minimum.

13. Any risk with more than eight (8) individuals residing in the residence premises or on the insured location.

14. For Rental policies, all unrelated individuals living together are acceptable if they either (1) have their own Renters policy or (2) are listed as a named insured on the same DB DIC Renters policy with the property value combined or (3) are excluded from the policy.

---

## Limited Animal Liability Coverage Advisory

This policy provides limited coverage for liability arising from dogs, domestic cats, or birds. This coverage is limited to the amount of coverage indicated in the policy Declarations. This coverage does not apply, at any time, regardless of cause, to any liability arising from any animal other than a dog, domestic cat, or bird. There is no coverage for liability arising out of any of the following breeds of dogs:

    a.   Pit Bulls;
    b.   Doberman Pinschers;
    c.   Rottweilers;
    d.   German Shepherds;
    e.   Chows;
    f.   Akitas;
    g.   Huskies;
    h.   Malamutes;
    i.   Mastiffs;
    j.   Stafford Shire Terriers.

There is no coverage for any liability arising from:

    a.   any dog that is a mixed breed that includes any of the above listed dog breeds; or
    b.   any dog known by breed to be vicious; or
    c.   any dog-wild animal hybrid; or
    d.   any animal with a previous bite history.

We shall have no duty to defend or indemnify any claim or "suit" seeking damages caused by or arising out of the actions of any animal excluded herein, including but not limited to negligent supervision of any animal excluded herein.

Doc ID: 985a87601be578dc6fb16d5f044723765c4b9b46

**Insured Name:** RANCHO CIELO LLC                                                                 **Policy Number:** 0216610915

## SELECTED COVERAGES AND LIMITS OF LIABILITY

The insurance afforded is only with respect to the following coverage as are indicated by specific premium charges.  The limit of the company's liability against each such coverage shall be as stated herein, subject to all of the terms of this policy.

| COVERAGE | LIMIT / SELECTION | PREMIUM |
|---|---|---|
| Coverage A - Dwelling | $1,583,000 | $1,779 |
| Coverage B - Other Structures | $158,300 | Included |
| Coverage C - Personal Property | $237,450 | ($237) |
| Coverage D - Loss Of Use | $158,300 | Included |
| Coverage E - Personal Liability | $500,000 | $175 |
| Coverage F - Medical Payments to Others | $10,000 | $22 |
| Policy Deductible | $2,500 | ($89) |
| Replacement Cost Coverage for Roofing and Roof Components | Coverage Applied | Included |
| Limited Water Coverage | $316,600 | $267 |
| Ordinance or Law Coverage | $158,300 | $89 |
| Water Backup | $10,000 | $115 |
| Loss Assessment Coverage | $1,000 | $3 |
| Named Peril of Theft | $100,000 | $85 |
| Evacuation Reimbursement Coverage | $500 | Included |
| Limited Animal Liability | $50,000 | $100 |
| Personal Injury | $500,000 | $55 |
| Equipment Breakdown Coverage | Selected | $111 |
| Difference in Conditions | Selected | Included |
| Newly Acquired Home | Selected | ($160) |
| Corporate Owned Property Surcharge | Selected | $445 |
| | TOTAL PREMIUM: | $2,760 |
| | INSPECTION FEE: | $50 |
| | POLICY FEE: | $35 |
| | TOTAL POLICY PREMIUM: | $2,845 |

## CALIFORNIA EXTENDED REPLACEMENT COST COVERAGE DISCLOSURE

Policies offering extended replacement cost coverage of at least 50 percent above the residential dwelling coverage may be available for your property. For more information you can use the Homeowners Coverage Comparison Tool on the California Department of Insurance website at www.insurance.ca.gov.

Insured Name: RANCHO CIELO LLC                                                                                    Policy Number: 0216610915

**NOTICE TO CONSUMERS – CALIFORNIA RESIDENTIAL INSURANCE DISCLOSURE**
This disclosure is required by Section 10102 of the California Insurance Code. This form provides general information related to residential property insurance and is not part of your residential property insurance policy. Only the specified provisions of your policy will determine whether a particular loss is covered and the amount payable. The information provided does not preempt existing California law.

**PRIMARY FORMS OF RESIDENTIAL DWELLING COVERAGE**

You have purchased the coverage(s) checked below. NOTE: Actual Cash Value Coverage is the most limited level of coverage listed. Guaranteed Replacement Cost Coverage is the broadest level of coverage.

**NOT APPLICABLE ACTUAL CASH VALUE COVERAGE** for either a total or partial loss to the structure or its contents pays the amount it would cost you to repair, rebuild, or replace the thing lost or injured, less a fair and reasonable deduction for physical depreciation based upon its condition at the time of the injury or the policy limit, whichever is less. A deduction for physical depreciation applies only to components of a structure that are normally subject to repair and replacement during the useful life of that structure.

**_____X_____ REPLACEMENT COST COVERAGE** is intended to provide for the cost to repair or replace the damaged or destroyed dwelling without a deduction for physical depreciation. Many policies pay only the dwelling's actual cash value until the insured has actually begun or completed repairs or reconstruction on the dwelling. Coverage only pays for replacement costs up to the limits specified in your policy.

**NOT AVAILABLE EXTENDED REPLACEMENT COST COVERAGE** is intended to provide for the cost to repair or replace the damaged or destroyed dwelling without a deduction for physical depreciation. Many policies pay only the dwelling's actual cash value until the insured has actually begun or completed repairs or reconstruction on the dwelling. Extended Replacement Cost provides additional coverage above the dwelling limits up to a stated percentage or specific dollar amount. See your policy for the additional coverage that applies.

**NOT AVAILABLE GUARANTEED REPLACEMENT COST COVERAGE** covers the full cost to repair or replace the damaged or destroyed dwelling for a covered peril regardless of the dwelling limits shown on the policy declarations page.

**_____X_____ BUILDING CODE UPGRADE COVERAGE**, also called Ordinance or Law coverage, is an important option that covers additional costs to repair or replace a dwelling to comply with the building codes and zoning laws in effect at the time of loss or rebuilding. These costs may otherwise be excluded by your policy. Meeting current building code requirements can add significant costs to rebuilding your home. Refer to your policy or endorsement for the specific coverage provided and coverage limits that apply.

**READ YOUR POLICY AND POLICY DECLARATIONS PAGE CAREFULLY:** The policy declarations page shows the specific coverage limits you have purchased for your dwelling, personal property, separate structures such as detached garages, and additional living expenses. The actual policy and endorsements provide the details on extensions of coverage, limitations of coverage, and coverage conditions and exclusions. The amount of any claim payment made to you will be reduced by any applicable deductibles shown on your policy declarations page. It is important to take the time to consider whether the limits and limitations of your policy meets your needs. Contact your agent, broker or insurance company if you have questions about what is covered or if you want to discuss your coverage options.

**INFORMATION YOU SHOULD KNOW ABOUT RESIDENTIAL DWELLING INSURANCE**

**AVOID BEING UNDERINSURED:** Insuring your home for less that its replacement cost may result in your having to pay thousands of dollars out of your own pocket to rebuild your home if is completely destroyed. Contact your agent, broker or insurance company immediately if you believe your policy limits may be inadequate.

Doc ID: 985a87601be578dc6fb16d5f044723765c4b9b46

Insured Name: RANCHO CIELO LLC                                                    Policy Number: 0216610915

**THE RESIDENTIAL DWELLING COVERAGE LIMIT:** The coverage limit on the dwelling structure should be high enough so you can rebuild your home if it is completely destroyed. Please note the following:

- The cost to rebuild your home is almost always different from the market value.
- Dwelling coverage limits do not cover the value of your land.
- The estimate to rebuild your home should be based on construction costs in your area and should be adjusted to account for the features of your home. These features include but are not limited to the square footage, type of foundation, number of stories, and the quality of the materials used for items such as flooring, countertops, windows, cabinetry, lighting and plumbing.
- The cost to rebuild your home should be adjusted each year to account for inflation.
- Coverage limits for contents, separate structures, additional living expenses and debris removal are usually based on a percentage of the limit for the dwelling. If your dwelling limit is too lows, these coverage limits may also be too low.

You are encouraged to obtain a current estimate of the cost to rebuild your home from your insurance agent, broker, insurance company or an independent appraisal from a local contractor, architect or real estate appraiser. If you do obtain an estimate of replacement value, and wish to change your policy limits, contact your insurance company. While not guarantee, a current estimate can help protect you against being underinsured.

**DEMAND SURGE:** After a widespread disaster, the cost of construction can increase dramatically as a result of the unusually high demand for contractors, building supplies and construction labor. This effect is known as demand surge. Demand surge can increase the cost of rebuilding your home. Consider increasing your coverage limits or purchasing Extended Replacement Cost coverage to prepare for this possibility.

**CHANGES TO PROPERTY:** Changes to your property may increase its replacement cost. These changes may include the building of additions, customizing your kitchen or bathrooms, or otherwise remodeling your home. Failure to advise your insurance company of any significant changes to your property may result in your home being underinsured.

**EXCLUSIONS:** Not all causes of damage are covered by common homeowners or residential fire policies. You need to read your policy to see what caused of loss or perils are not covered. Coverage for landslide is typically excluded. Some excluded perils such as earthquake or flood can be purchased as an endorsement to your policy or as a separate policy. Contact your agent, broker or insurance company if you have a concern about any of the exclusions in your policy.

**FIRE SAFETY DISCOUNTS:** Please note that certain discounts related to fire safety may be available for eligible policies. Please consult the specific program rules for your policy to determine your eligibility.

**CONTENTS (PERSONAL PROPERTY) COVERAGE DISCLOSURE:** This disclosure form does not explain the types of contents coverage provided by your policy for items such as furniture or clothing. Contents may be covered on either an actual cash value or replacement cost basis depending on the contract. Almost all policies include specific dollar limitations on certain property that is particularly valuable, such as jewelry, art or silverware. Contract your agent, broker or insurance company if you have questions about your contents coverage. You should create a list of all personal property in and around your home. Pictures and video recordings also help you document your property. The list, photos and video should be stored away from your home.

**CONSUMER ASSISTANCE:** If you have any concerns or questions, contact your agent, broker or insurance company. You are also encouraged to contact the California Department of Insurance consumer information line at (800) 927-HELP (4357) or at www.insurance.ca.gov for free insurance assistance.

The undersigned acknowledges that he or she have been provided a copy of this California Residential Insurance.

Date: 10 / 17 / 2023

Signature:_____
(First Named Insured Signature)

Insured Name: RANCHO CIELO LLC                                           Policy Number: 0216610915

## California Residential Property Insurance Bill of Rights

A consumer is entitled to receive information regarding homeowner's insurance.

The following is a limited overview of information that your insurance company can provide:

- The insurance company's customer service telephone number for underwriting, rating and claims inquiries.
- A written explanation of any cancellation or nonrenewal of your policy.
- A copy of the insurance policy.
- An explanation of how your policy limits were established.
- In the event of a claim, an itemized, written scope of loss report prepared by the insurer or its adjuster within a reasonable time period.
- In the event of a claim, a copy of the Unfair Practices Act and, if requested, a copy of the Fair Claims Settlement Practices Regulations.
- In the event of a claim, notification of a consumer's rights with respect to the appraisal process for resolving claims disputes.
- An offer of coverage and premium quote for earthquake coverage, if eligible.

A consumer is also entitled to select a licensed contractor or vendor to repair, replace or rebuild damaged property covered by the insurance policy. The information provided herein is not all inclusive and does not negate or preempt existing California law. If you have any concerns or questions, contact your agent, broker, insurance company or the California Department of Insurance consumer information line at (800) 927-HELP (4357) or at www.insurance.ca.gov for free insurance assistance.

Insured Name: RANCHO CIELO LLC

Policy Number:0216610915

## Underwriting Questions and Applicant Statement

| Underwriting Questions | YES | NO |
|---|---|---|
| 1. Are there business operations performed on the premises where there is increased liability exposure due to foot traffic (customers, clients, etc.)? | | X |
| 2. Is the dwelling undergoing extensive repair or remodeling that effects habitability? | | X |
| 3. Does the dwelling have any unrepaired damage? | | X |
| 4. Are there any open or pending claims, or any claims disputes, property disputes or lawsuits? | | X |
| 5. For Homeowner risks, is the dwelling insured to 100% of the estimated replacement cost? | X | |
| 6. Does the dwelling have a permanent stable foundation that is fully enclosed? Decks attached to the dwelling and supported by post and pier construction are acceptable and do not need to be fully enclosed? | X | |
| 7. Does the dwelling have pressurized plumbing constructed 100% entirely of copper, galvanized steel, polyvinyl chloride (PVC or C-PVC), or cross-linked polyethylene (PEX)? Not required for exterior landscape irrigation systems. | X | |
| 8. Does the dwelling have more than eight (8) individuals residing in the residence? | | X |

## Applicant Statement

I have read this application in full, including the unacceptable properties, dwellings, locations and risks and warrant (represent in states where warranties are not allowed) that all of the information provided in the application is true and correct and I warrant (represent in states where warranties are not allowed) the property complies with AEGIS underwriting rules for this program.   I agree that the policy, if issued, may be subject to an adjustment in the premium due, the policy period requested, coverage limits or deductibles as a result of an inspection report or loss history report. I further understand that any false statement, omission, misrepresentation or non-compliance with AEGIS underwriting rules that would otherwise alter the Company's evaluation of my insurability may result in a rescission of coverage. In, addition I understand that I have a duty to notify the Company of any changes to the insured risk.

I understand that in connection with my request for premium quotation and Application for insurance the Company may obtain consumer reports which may include a loss history report or personal or privileged information from third parties, I hereby authorize the Company to obtain consumer reports on me. I agree to pay any additional premium owed if the amount of premium shown is inaccurate for any reason.

I understand the policy may be rescinded and no coverage provided if my down payment is returned by the bank for any reason. I understand there may be a processing fee imposed on any returned checks.

A fully earned Policy Fee and Inspection Fee are included in the down-payment. Installment Fees are charged on installment plans, when applicable.

**Fraud Warning:** For your protection California law requires the following to appear on this form:  Any person who knowingly presents false or fraudulent information to obtain or amend insurance coverage or to make a claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

I have read the insurance fraud statement and all the statements set forth in this Applicant Statement section.

I understand this application is not effective until this application has been received and approved by AEGIS.

| | 10 / 17 / 2023 | | 10/17/2023 |
|---|---|---|---|
| Applicant Signature | Date | Producer Signature | Date |

Doc ID: 985a87601be578dc6fb16d5f044723765c4b9b46

0216610915

PLEASE SIGN AND RETURN THIS FORM ACKNOWLEDGING YOUR UNDERSTANDING OF THE PERILS NOT COVERED IN YOUR INSURANCE POLICY. FAILURE TO RETURN THIS SIGNED ACKNOWLEDGEMENT FORM WILL RESULT IN THE CANCELLATION OF YOUR POLICY.

**THIS IS A DIFFERENCE IN CONDITIONS POLICY**

**This policy excludes coverage for certain perils because you have other insurance which covers those perils.**

Loss or damage caused by any one or more of the following Perils is not covered under your policy:

- Fire or Lightning.
- Internal Explosion, meaning explosion occurring in the dwelling or other structure covered on the insured location or in a structure containing personal property covered.
- Windstorm or Hail.
- Explosion.
- Riot or Civil Commotion.
- Aircraft, including self-propelled missiles, spacecraft and drones.
- Vehicles.
- Smoke, meaning sudden and accidental damage from smoke, soot, ash or char even if caused by a brush or wildfire.
- Volcanic Eruption.
- Vandalism or Malicious Mischief.

**We will not cover loss, damage or expense arising out of any of the causes of loss listed above, even when your other insurance does not cover the loss or expense. If you fail to keep your other insurance in force, we will not cover any loss that would have been recoverable or due under your other insurance if it had been in full force and effect, whether collectible or not.**

**THIS POLICY DOES NOT COVER THE PERIL OF FIRE. THERE ARE OTHER RESOURCES FOR FINDING FIRE COVERAGE, INCLUDING USING THE CALIFORNIA DEPARTMENT OF INSURANCE'S HOME FINDER OR PURCHASING COVERAGE FROM THE CALIFORNIA FAIR PLAN ASSOCIATION.**

**Failure to maintain your other insurance or failure to purchase optional coverage combined with this policy will result in a GAP in coverage for the above perils.**

SIGNATURE: _____  DATE: 10 / 17 / 2023 _____

(Named Insured Signature)

Doc ID: 985a87601be578dc6fb16d5f044723765c4b9b46

**✖ Dropbox** Sign

Audit trail

| | |
|---|---|
| **Title** | Gaona Aegis Application |
| **File name** | Gaona aegis app.pdf |
| **Document ID** | 985a87601be578dc6fb16d5f044723765c4b9b46 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ◉ Signed |

## Document History

| | | |
|---|---|---|
| ↻ **SENT** | **10 / 17 / 2023** 16:59:42 UTC | Sent for signature to Gloria Gaona (gloria.gaona1@gmail.com) from christine@quotetowin.com IP: 99.71.117.95 |
| 👁 **VIEWED** | **10 / 17 / 2023** 17:01:01 UTC | Viewed by Gloria Gaona (gloria.gaona1@gmail.com) IP: 174.195.194.61 |
| ⤾ **SIGNED** | **10 / 17 / 2023** 17:02:04 UTC | Signed by Gloria Gaona (gloria.gaona1@gmail.com) IP: 174.195.194.61 |
| ⊘ **COMPLETED** | **10 / 17 / 2023** 17:02:04 UTC | The document has been completed. |

Powered by ✖ **Dropbox** Sign

EXHIBIT "B"

WINCHESTER & ASSOCIATES INSURANCE SERVICES
951-296-6678
41856 IVY ST STE 110
MURRIETA, CA  92562

 AEGIS GENERAL INSURANCE AGENCY
PO BOX 889004
SAN DIEGO, CA 92168-9004

**Underwritten by:  DB INSURANCE CO., LTD. (U.S. BRANCH)**

Return Service Requested
RANCHO CIELO LLC
33392 WOLFE ST
TEMECULA, CA 92592-7236

| | |
|---|---|
| Effective Date: | **08/25/2024 12:01 AM PT**<br>Or the effective time shown on your application whichever is greater |
| Expiration Date: | **08/25/2025 12:01 AM PT**<br>Unless cancelled earlier for valid reasons. |
| Policy Number: | **0216610915** |

Program:  DIC Renewal Declaration Page

Property Location:

| Address | City | State | Zip Code |
|---|---|---|---|
| 33392 WOLFE ST | TEMECULA | CA | 92592 |

Named Insured(s):

| # | Business/Corporation/LLC Name | | |
|---|---|---|---|
| 1 | RANCHO CIELO LLC | | |

| # | Last Name | First Name | Date of Birth |
|---|---|---|---|
| 2 | GAONA | GLORIA | 01/01/1975 |

Vesting Information (For dwellings deeded in a name other than an individual - For example, a Living Trust)

| Entity on Title |
|---|
| |

Additional Interest:

| # | Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| | | | | | |

Property Location Details:

| Occupancy Type | Construction Type | Year Built | Square Feet | Roof Type | Roof Condition | Roof Age | Wildfire Score |
|---|---|---|---|---|---|---|---|
| Owner-Primary | Wood Frame | 2010 | 5676 | Tile | | 14 | 0N |

Mortgagee/Loss Payee:

| # | Mortgagee/Loss Payee | Loan Number | Address | City | State | Zip Code |
|---|---|---|---|---|---|---|
| | | | | | | |

Insured Name: RANCHO CIELO LLC                                       Policy Number: 0216610915

## SELECTED COVERAGES AND LIMITS OF LIABILITY

The insurance afforded is only with respect to the following coverage as are indicated by specific premium charges.  The limit of the company's liability against each such coverage shall be as stated herein, subject to all of the terms of this policy.

| COVERAGE | LIMIT / SELECTION | PREMIUM |
|---|---|---|
| Coverage A - Dwelling | $1,630,490 | $1,846 |
| Coverage B - Other Structures | $163,049 | Included |
| Coverage C - Personal Property | $244,574 | ($245) |
| Coverage D - Loss Of Use | $163,049 | Included |
| Coverage E - Personal Liability | $500,000 | $175 |
| Coverage F - Medical Payments to Others | $10,000 | $22 |
| Policy Deductible | $2,500 | ($92) |
| Replacement Cost Coverage for Roofing and Roof Components | Coverage Applied | Included |
| Limited Water Coverage | $326,098 | $277 |
| Ordinance or Law Coverage | $163,049 | $92 |
| Water Backup | $10,000 | $115 |
| Loss Assessment Coverage | $1,000 | $3 |
| Named Peril of Theft | $100,000 | $85 |
| Evacuation Reimbursement Coverage | $500 | Included |
| Limited Animal Liability | $50,000 | $100 |
| Personal Injury | $500,000 | $55 |
| Equipment Breakdown Coverage | Selected | $111 |
| Difference in Conditions | Selected | Included |
| Newly Acquired Home | Selected | ($111) |
| Loss Experience / Loyalty Credit | No Losses | ($55) |
| Corporate Owned Property Surcharge | Selected | $462 |
| | TOTAL PREMIUM: | $2,840 |
| | INSPECTION FEE: | $50 |
| | POLICY FEE: | $35 |
| | TOTAL POLICY PREMIUM: | $2,925 |

This Declaration page supersedes any previous Declarations bearing the same policy number for the same policy period.

## You saved $166 by choosing Aegis Difference in Conditions Insurance!

Insured Name: RANCHO CIELO LLC                                        Policy Number:0216610915

The limit of liability of this structure (Coverage A) is based on an estimate of the cost to rebuild your home including an approximate cost for labor and materials in your area, and specific information that you have provided about your home.  For a complete breakdown of the estimated replacement cost, please contact your insurance producer.  Please note that is ultimately the insured's responsibility to obtain adequate insurance coverage.  If you feel that the dwelling replacement cost is insufficient, you should increase the coverage to the amount you feel is appropriate.

THIS POLICY DOES NOT COVER THE PERIL OF FIRE. THERE ARE OTHER RESOURCES FOR FINDING FIRE COVERAGE, INCLUDING USING THE CALIFORNIA DEPARTMENT OF INSURANCE'S HOME INSURANCE FINDER OR PURCHASING COVERAGE FROM THE CALIFORNIA FAIR PLAN ASSOCIATION.

THIS POLICY DOES NOT INCLUDE EARTHQUAKE COVERAGE

Fraud Warning - For your protection California law requires the following to appear on this form:  Any person who knowingly presents false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

Policy Form and Endorsements:

| | |
|---|---|
| DB-POL-DIC-3 Ed. 3 (Difference in Conditions Policy for Dwellings) | |
| ASIS-END-M1S-CAHO Ed. 3 (California Amendatory Endorsement for Homeowner Policies) | |
| ASIS-END-M3S Ed. 1 (Registered Domestic Partner Coverage) | |
| ASIS-END-M4S-HO Ed. 1 (Worker's Compensation for Residence Employees) | |
| ASIS-END-M7S Ed. 3 (Inflation Guard) | |
| ASIS-END-M8S Ed. 1 (Property Held by Legal Entity) | |
| ASIS-END-M16S Ed. 2 (Increased Deductible for Loss or Damage Caused by Tenants) | |
| ASIS-END-M22S Ed. 1 (Terrorism and War Exclusion) | |
| ASIS-END-M26S-HO Ed. 3 (Limited Animal Liability Coverage) | |
| ASIS-END-M27D Ed. 2 (Replacement Cost Coverage for Roofing and Roof Components) | |
| ASIS-END-M42S Ed. 2 (Subletting Exclusion Endorsement) | |
| ASIS-END-O3D Ed. 2 (Water Backup Coverage) | |
| ASIS-END-O4D Ed. 2 (Ordinance or Law Coverage) | |
| ASIS-END-O10D Ed. 2 (Personal Injury Coverage) | |
| ASIS-END-O30D-DIC Ed. 1 (Limited Water Coverage) | |
| ASIS-END-O32S Ed. 1 (Evacuation Reimbursement Coverage) | |
| DB-END-O33S-DIC Ed. 1 (Equipment Breakdown Enhancement Coverage) | |
| | |
| | |
| | |
| | |

For claims reporting, please call (800) 233-2160
For policy service, please call (951) 296-6678

Insured Name:   Rancho Cielo Llc
Policy Number:   0216610915

**NOTICE TO CONSUMERS – CALIFORNIA RESIDENTIAL INSURANCE DISCLOSURE**

This disclosure is required by Section 10102 of the California Insurance Code.  This form provides general information related to residential property insurance and is not part of your residential property insurance policy.  Only the specified provisions of your policy will determine whether a particular loss is covered and the amount payable.  The information provided does not preempt existing California law.

**PRIMARY FORMS OF RESIDENTIAL DWELLING COVERAGE**

> You have purchased the coverage(s) checked below.  NOTE: Actual Cash Value Coverage is the most limited level of coverage listed.  Guaranteed Replacement Cost Coverage is the broadest level of coverage.

NOT APPLICABLE    **ACTUAL CASH VALUE COVERAGE** for either a total or partial loss to the structure or its contents pays the amount it would cost you to repair, rebuild, or replace the thing lost or injured, less a fair and reasonable deduction for physical depreciation based upon its condition at the time of the injury or the policy limit, whichever is less. A deduction for physical depreciation applies only to components of a structure that are normally subject to repair and replacement during the useful life of that structure.

_____X_____    **REPLACEMENT COST COVERAGE** is intended to provide for the cost to repair or replace the damaged or destroyed dwelling without a deduction for physical depreciation.  Many policies pay only the dwelling's actual cash value until the insured has actually begun or completed repairs or reconstruction on the dwelling.  Coverage only pays for replacement costs up to the limits specified in your policy.

NOT AVAILABLE    **EXTENDED REPLACEMENT COST COVERAGE** is intended to provide for the cost to repair or replace the damaged or destroyed dwelling without a deduction for physical depreciation.  Many policies pay only the dwelling's actual cash value until the insured has actually begun or completed repairs or reconstruction on the dwelling.  Extended Replacement Cost provides additional coverage above the dwelling limits up to a stated percentage or specific dollar amount.  See your policy for the additional coverage that applies.

**NOT AVAILABLE**  **GUARANTEED REPLACEMENT COST COVERAGE** covers the full cost to repair or replace the damaged or destroyed dwelling for a covered peril regardless of the dwelling limits shown on the policy declarations page.

_____X_____    **BUILDING CODE UPGRADE COVERAGE**, also called Ordinance or Law coverage, is an important option that covers additional costs to repair or replace a dwelling to comply with the building codes and zoning laws in effect at the time of loss or rebuilding.  These costs may otherwise be excluded by your policy.  Meeting current building code requirements can add significant costs to rebuilding your home.  Refer to your policy or endorsement for the specific coverage provided and coverage limits that apply.

**READ YOUR POLICY AND POLICY DECLARATIONS PAGE CAREFULLY:**  The policy declarations page shows the specific coverage limits you have purchased for your dwelling, personal property, separate structures such as detached garages, and additional living expenses.  The actual policy and endorsements provide the details on extensions of coverage, limitations of coverage, and coverage conditions and exclusions.  The amount of any claim payment made to you will be reduced by any applicable deductibles shown on your policy declarations page.  It is important to take the time to consider whether the limits and limitations of your policy meets your needs.  Contact your agent, broker or insurance company if you have questions about what is covered or if you want to discuss your coverage options.

**INFORMATION YOU SHOULD KNOW ABOUT RESIDENTIAL DWELLING INSURANCE**

**AVOID BEING UNDERINSURED:**  Insuring your home for less that its replacement cost may result in your having to pay thousands of dollars out of your own pocket to rebuild your home if it is completely destroyed.  Contact your agent, broker or insurance company immediately if you believe your policy limits may be inadequate.

**THE RESIDENTIAL DWELLING COVERAGE LIMIT:**  The coverage limit on the dwelling structure should be high enough so you can rebuild your home if it is completely destroyed.  Please note the following:

- The cost to rebuild your home is almost always different from the market value.

Insured Name:   Rancho Cielo Llc
Policy Number:  0216610915

- Dwelling coverage limits do not cover the value of your land.

- The estimate to rebuild your home should be based on construction costs in your area and should be adjusted to account for the features of your home.  These features include but are not limited to the square footage, type of foundation, number of stories, and the quality of the materials used for items such as flooring, countertops, windows, cabinetry, lighting and plumbing.
- The cost to rebuild your home should be adjusted each year to account for inflation.
- Coverage limits for contents, separate structures, additional living expenses and debris removal are usually based on a percentage of the limit for the dwelling.  If your dwelling limit is too lows, these coverage limits may also be too low.

You are encouraged to obtain a current estimate of the cost to rebuild your home from your insurance agent, broker, insurance company or an independent appraisal from a local contractor, architect or real estate appraiser.  If you do obtain an estimate of replacement value, and wish to change your policy limits, contact your insurance company.  While not guarantee, a current estimate can help protect you against being underinsured.

**DEMAND SURGE:**  After a widespread disaster, the cost of construction can increase dramatically as a result of the unusually high demand for contractors, building supplies and construction labor.  This effect is known as demand surge.  Demand surge can increase the cost of rebuilding your home.  Consider increasing your coverage limits or purchasing Extended Replacement Cost coverage to prepare for this possibility.

**CHANGES TO PROPERTY:**  Changes to your property may increase its replacement cost.  These changes may include the building of additions, customizing your kitchen or bathrooms, or otherwise remodeling your home. Failure to advise your insurance company of any significant changes to your property may result in your home being underinsured.

**EXCLUSIONS:**  Not all causes of damage are covered by common homeowners or residential fire policies.  You need to read your policy to see what caused of loss or perils are not covered.  Coverage for landslide is typically excluded.  Some excluded perils such as earthquake or flood can be purchased as an endorsement to your policy or as a separate policy.  Contact your agent, broker or insurance company if you have a concern about any of the exclusions in your policy.

**FIRE SAFETY DISCOUNTS:**  Please note that certain discounts related to fire safety may be available for eligible policies. Please consult the specific program rules for your policy to determine your eligibility.

**CONTENTS (PERSONAL PROPERTY) COVERAGE DISCLOSURE:**  This disclosure form does not explain the types of contents coverage provided by your policy for items such as furniture or clothing.  Contents may be covered on either an actual cash value or replacement cost basis depending on the contract.  Almost all policies include specific dollar limitations on certain property that is particularly valuable, such as jewelry, art or silverware.  Contract your agent, broker or insurance company if you have questions about your contents coverage.  You should create a list of all personal property in and around your home.  Pictures and video recordings also help you document your property.  The list, photos and video should be stored away from your home.

**CONSUMER ASSISTANCE:**  If you have any concerns or questions, contact your agent, broker or insurance company.  You are also encouraged to contact the California Department of Insurance consumer information line at (800) 927-HELP (4357) or at www.insurance.ca.gov for free insurance assistance.

The undersigned acknowledges that he or she have been provided a copy of this California Residential Insurance.


Signature:_____        Date:_____

                 (First Named Insured Signature)

CAPROPRIPD 12/2014

Insured Name:   Rancho Cielo Llc
Policy Number:   0216610915

**California Residential Property Insurance Bill of Rights**

A consumer is entitled to receive information regarding homeowner's insurance.

The following is a limited overview of information that your insurance company can provide:

- The insurance company's customer service telephone number for underwriting, rating and claims inquiries.
- A written explanation of any cancellation or nonrenewal of your policy.
- A copy of the insurance policy.
- An explanation of how your policy limits were established.
- In the event of a claim, an itemized, written scope of loss report prepared by the insurer or its adjuster within a reasonable time period.
- In the event of a claim, a copy of the Unfair Practices Act and, if requested, a copy of the Fair Claims Settlement Practices Regulations.
- In the event of a claim, notification of a consumer's rights with respect to the appraisal process for resolving claims disputes.
- An offer of coverage and premium quote for earthquake coverage, if eligible.

A consumer is also entitled to select a licensed contractor or vendor to repair, replace or rebuild damaged property covered by the insurance policy.  The information provided herein is not all inclusive and does not negate or preempt existing California law.  If you have any concerns or questions, contact your agent, broker, insurance company or the California Department of Insurance consumer information line at (800) 927-HELP (4357) or at www.insurance.ca.gov for free insurance assistance.

## Difference in Conditions Policy for Dwellings

A California Miscellaneous Class of Insurance Policy issued by:



**DB Insurance Co., Ltd. (U.S. Branch)**

A Stock Insurer
222 S Harbor Blvd, Suite 720
Anaheim, CA 92805

## Contents

AGREEMENT................................................................................................................ 2

DEFINITIONS.............................................................................................................. 2

SECTION I – LOSS DEDUCTIBLE.................................................................................... 4

SECTION I – PROPERTY COVERAGES............................................................................ 4

    COVERAGE D – Fair Rental Value........................................................................ 7

    COVERAGE E – Additional Living Expenses.......................................................... 7

    SECTION I – ADDITIONAL COVERAGES .............................................................. 7

    SECTION I – PERILS INSURED AGAINST............................................................... 9

    SECTION I – EXCLUSIONS ................................................................................ 12

    SECTION I – CONDITIONS ................................................................................ 14

SECTION II – LIABILITY COVERAGES ...........................................................................18

    SECTION II – EXCLUSIONS ............................................................................... 18

    SECTION II – ADDITIONAL COVERAGES ........................................................... 22

    SECTION II – CONDITIONS ............................................................................... 23

SECTIONS I AND II – CONDITIONS ..............................................................................24

DB-POL-DIC-3 (Ed. 3)

DB Insurance Co., Ltd. (U.S. Branch)    Difference in Conditions Policy for Dwellings

## AGREEMENT

**We** will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy. Please note that this policy does not provide any coverage for the Perils of Fire or Lightning, Internal Explosion, Windstorm or Hail, Explosion, Riot or Civil Commotion, Aircraft, Vehicles, Smoke, Volcanic Eruption, Vandalism or Malicious Mischief, or any loss covered by a California FAIR Plan or equivalent policy.

## DEFINITIONS

In this policy, "**you**" and "**your**" refer to the "**named insured**" shown in the Declarations and the spouse if a resident of the **residence premises**. "**We**," "**us**" and "**our**" refer to the Company providing this Insurance. In addition, certain words and phrases are defined as follows:

1. "**Actual Cash Value**" means, in the case of a partial loss to the structure, or loss to its contents, the amount it would cost to repair, rebuild, or replace the thing lost or injured, less a fair and reasonable deduction for physical depreciation based upon its condition at the time of loss.
2. "**Bodily Injury**" means bodily harm, sickness or disease, including required care, loss of services, and death resulting therefrom.
3. "**Bullying**" means the activity of repeated aggressive abuse or harassment and may be emotional, verbal or physical abuse.
4. "**Business**" means any full-time or part-time trade, profession, occupation, or activity engaged in for monetary or other compensation. This definition includes the providing of home day care services to a person other than an **insured**. Mutual exchange of home day care services or the providing of home day care services by an **insured** to a relative of an **insured** is not considered a **business**.
5. "**Diminution of value**" means the reduction in market value of property.
6. "**Electronic aggression**" means harassment, intimidation or **bullying** done by way of any type of electronic means including, but not limited to, social networking, test messaging, blogs, chat rooms, email or instant messaging.
7. "**Insured**" means **you** and the following residents of the **residence premises**:
   a. **Your** relatives;
   b. Any Other persons under the age of 21 who are in the care of any person named above.
   Under Section II, "**insured**" also means:
   c. With respect to animals to which this policy applies, any person or organization legally responsible for these animals which are owned by **you** or any person included in 7.a. or 7.b. above. A person or organization using or having custody of these animals in the course of any **business** or without permission of the owner is not an **insured;**
   d. With respect to any vehicle to which this policy applies:
      (1) Persons while engaged in **your** employment or the employment of any person included in 7.a. or 7.b. above; or
      (2) Any other person using the vehicle on an **insured location** with **your** permission.
8. "**Insured location**" means
   a. The **residence premises;**
   b. The part of any other premises, other structures and grounds used by **you** as a residence and:
      (1) Which is shown in the Declarations; or
      (2) Which is acquired by **you** during the policy period for **your** use as a residence and is endorsed on the Declarations Page.  You can only have one insured location under this policy at one time;

DB Insurance Co., Ltd. (U.S. Branch)    Difference in Conditions Policy for Dwellings

    c.  Any premises used by **you** in connection with a premises in 8.a. or 8.b. above;

    d.  Any part of a premises not owned by an **insured** and where an **insured** is temporarily residing;

    e.  Vacant land, other than farm land, owned by or rented to an **insured;**

    f.  Individual or family cemetery plots or burial vaults of an **insured;**

    g.  Land owned by or rented to an **insured** on which a one or two family dwelling is being built as a residence for an **insured;**

    h.  Any part of a premises occasionally rented to an **insured** for other than **business** purposes.

9.   "**Occurrence**" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results during the policy period, in:

    a.  **Bodily injury**; or

    b.  **Property damage**.

10.  "**Property damage**" means physical injury to, destruction of, or loss of use of tangible property.

11.  "**Residence employee**" means:

    a.  An employee of an **insured** whose duties are related to the maintenance or use of the **residence premises**, including household or domestic services, excluding child, elder and nursing care; or

    b.  One who performs similar duties elsewhere not related to the **business** of an **insured**.

12.  "**Residence premises**" means the one family dwelling, other structures, and grounds where **you** reside and which is shown as the "**residence premises**" in the Declarations.  You can only have one **residence premises** under this policy at one time.

13.  "**Unoccupied**" means the **residence premises** is not being used by an authorized person as a permanent residence.  Any **residence premises** with no permanent resident is **unoccupied** even if it is furnished.  The temporary absence of a permanent resident will not be construed as being **unoccupied**. If the exact date of loss cannot be determined, the date of loss shall be the date the damage is discovered.

14.  "**Controlled substance**" means any substance meeting any definition contained within the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812 and also includes, but is not limited to, cocaine, LSD, marijuana, opiates, opium derivatives, hallucinogenic substances, depressants, stimulants, cannabimimetic agents, and all other narcotic drugs, whether synthetic or not, and whether legally prescribed by a licensed healthcare professional or not.

15.  "**Pathogenic organism**" means any bacteria, fungus, metabolic product, mildew, mold, mycotoxin, rot, spore, yeast, or any similar organism. In a structure, this definition includes any wet or dry rot that may result from any **pathogenic organism**.

16.  "**Vandalism or malicious mischief**" means either the willful or malicious destruction or defacement of covered property or reckless damage to covered property.

17.  "**Water**" means **water** (H2O) alone, whether in liquid, frozen, or vapor form, or any liquid, sewage or sludge which contains **water**, whether or not contaminated or combined with or containing other chemicals, particulates, microorganisms or impurities.  **Water** includes but is not limited to rain, snow, sleet, slush, ice, dampness, vapor, condensation, moisture, steam and humidity.

18.  "**Water-reverse flow**" means the flow of **water** from off premises through any sewage, septic or drainage system, or a drain, drain line or drainage channel, or sump pump, or similar system on the premises, which is designed to drain or pump **water** away from the premises, when the flow of **water** is in the opposite direction from that which the system, drain line, channel, or pump was designed to drain or pump.  A stoppage on the premises within any of the foregoing which stops the flow of **water** with a resulting backing up of the **water** is a backup and is not a **water-reverse flow**.  A backup may cause an overflow.

DB Insurance Co., Ltd. (U.S. Branch)     Difference in Conditions Policy for Dwellings

## SECTION I – LOSS DEDUCTIBLE

Under Section I of the policy, **we** cover only that part of the loss over the deductible stated in the Declarations. With respect to loss to property covered under this policy, the deductible shall apply separately to each **occurrence**. The deductible does not apply to Coverage D – Loss of Use.

## SECTION I – PROPERTY COVERAGES

### COVERAGE A – Dwelling
**We cover:**
1.  The dwelling on the **residence premises** shown in the Declarations used principally as a private residence, including structures attached to the dwelling;
2.  Materials and supplies located on or adjacent to the **residence premises** for use in the construction, alteration or repair of the dwelling or other structures on the **residence premises.**

**We** do not cover the dwelling it if it is used in whole or in part for any **business** that involves foot traffic on the **insured location**, even if occasional.

This coverage does not apply to land, including land on which the dwelling is located.

### COVERAGE B – Other Structures
**We** cover other structures on the **residence premises** separated from the dwelling by clear space. This coverage includes:
1.  Structures connected to the dwelling by only a fence, utility line, or similar connection;
2.  Septic tanks, swimming pools, fences, driveways, and walks on the **residence premises**.

**We do not cover other structures:**
1.  Used in whole or in part for any **business**; or
2.  Rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage.

This coverage does not apply to land, including land on which other structures are located.

### COVERAGE A – Dwelling and COVERAGE B – Other Structures
If a state of emergency under California law is declared for the location of the **residence premises** and **you** have a covered loss under this policy as a result of the emergency, **you** may combine the policy limits for COVERAGE A and COVERAGE B, for any of the covered expenses reasonably necessary to rebuild or replace the damage or destroyed dwelling, if the COVERAGE A policy limits to rebuild or replace the dwelling are insufficient. This provision does not increase the limit of liability that applies to COVERAGE B. Claims payments for other structures in excess of the amount applied towards the necessary cost to rebuild or replace the damage or destroyed dwelling shall be paid according to the terms of the policy.

**We** do not provide coverage for any increased cost of repair, reconstruction or replacement by reason of any ordinance or law regulating repair, construction or replacement.

### COVERAGE C – Personal Property
**We** cover personal property owned or used by an **insured**, Subject to the limits in the Declarations and provisions of this policy.

DB Insurance Co., Ltd. (U.S. Branch)    Difference in Conditions Policy for Dwellings

**Our** limit of liability for personal property usually located in, at or on an **insured's** residence, other than the **residence premises**, is 10% of the limit of liability for Coverage C, or $1,000, whichever is greater. Personal property in a newly acquired principal residence is not subject to this limitation for 30 days from the time **you** begin to move the property there.

**Special Limits of Liability.** These limits do not increase the Coverage C limit of Liability and are subject to the terms and conditions of the entire policy, including Property Not Covered immediately below. The special limit for each following numbered category is the total limit for each loss for all property in that numbered category.

1. $100 on money, crypto-currency, numismatic property, bank notes, bullion, gold other than goldware, silver other than silverware, platinum, coins and medals.
2. $500 on property, on the **residence premises**, used at any time or in any manner for any **business** purpose.
3. $250 on property, away from the **residence premises**, used at any time or in any manner for any **business** purpose.
4. $500 on securities, accounts, deeds, evidence of debt, letters of credit, notes other than bank notes, manuscripts, personal records, passports, tickets and stamps.
5. $500 on watercraft, including their trailers, furnishings, equipment and outboard engines or motors.
6. $500 on trailers not used with watercraft.
7. $500 on grave markers.
8. $500 for loss by theft of jewelry, watches, furs, precious and semi-precious stones.
9. $500 for loss by theft of silverware, goldware, pewter and platinum including:
    a. Silver or gold-plated ware, plateware, flatware, holloware, tea sets, trays, trophies and the like;
    b. Other utilitarian items made of or including silver, gold, pewter, or platinum.
10. $500 for loss by theft of firearms.
11. $500 on computers and electronic data processing equipment.
12. $500 on antiques, fine arts, paintings and similar items of rarity, antiquity or irreplaceability, memorabilia, souvenirs, collectible items of every kind, including but not limited to baseball and other card collections and similar articles whose age or collectible demand contributes to their value.
13. $500 on loss by theft of rugs, carpets, or other woven or knit floor coverings or wall hangings.
14. $500 on all photographic and video equipment including but not limited to cameras, dark room equipment, video recorders, players, editors, and related equipment.
15. $500 on all glassware and crystal, including:
    a. Decanters, goblets, tea sets, trays, trophies and the like;
    b. Other items made of or including crystal.
16. $500 for loss to electronic apparatus, while not in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus is designed to be operated primarily by power from the electrical system of the vehicle or conveyance. Electronic apparatus includes:
    a. Accessories or antennas;
    b. Any device or instrument for the transmitting, recording, receiving or reproduction of sound or picture; or
    c. Tapes, wires, records, discs or other media for use with any electronic apparatus.
17. $1,000 on musical instruments.
18. $2,000 on tools.

DB Insurance Co., Ltd. (U.S. Branch)    Difference in Conditions Policy for Dwellings

19.  $250 on prescription medications.
20.  $500 on bicycles.
21.  $500 on handbags, purses or similar carryalls.

**Property Not Covered.  We** do not cover any of the following.

1.  Articles separately described and specifically **insured** in this or other insurance.
2.  Animals, birds or fish.
3.  Motor vehicles or all other motorized land conveyances. This includes:
    a.  Their equipment and accessories; or
    b.  Electronic apparatus that is designed to be operated solely by power from the electrical system of motor vehicles or all other motorized land conveyances. Electronic apparatus includes:
        (1)  accessories or antennas;
        (2)  any device or instrument for the transmitting, recording, receiving or reproduction of sound or picture; or
        (3)  tapes, wires, records, discs or other media for use with any electronic apparatus.

    The exclusion of property described in 3.a. and 3.b. above applies only while the property is in or upon the vehicle or conveyance.

    **We** do cover vehicles or conveyances not subject to motor vehicle registration which are:
    a.  Used to service the **insured's residence premises**; or
    b.  Designed and used for assisting the handicapped.
4.  Aircraft and parts. (Aircraft means any contrivance used or designed for flight).
5.  Drones, model, hobby or any other unmanned aircraft.
6.  Property of roomers, boarders or other tenants, except property of roomers or boarders related to an **insured**.
7.  Property in an apartment regularly rented or held for rental to others by an **insured**.
8.  Property rented or held for rental to others off the **residence premises**.
9.  Electronic data of any type, including such data stored in:
    a.  Books of account, drawings or other paper records; or
    b.  Electronic data processing tapes, wires, records, discs or other software media containing information or data. But, **we** do cover the cost of blank or unexposed records and media.
10.  Credit cards or fund transfer cards except as provided in Additional Coverages 6.
11.  **Business** property in storage or held as a sample or for sale or delivery after the sale.
12.  **Business** property pertaining to a **business** actually conducted on the **residence premises**.
13.  **Business** property away from the **residence premises**, subject to the Special Limits of Liability for Coverage C stated in the policy or endorsement thereto.
14.  Farm personal property.
15.  Any **controlled substance**. Except for marijuana, this does not apply to legally prescribed drugs possessed for the legitimate use by an **insured** or others following the lawful orders of a licensed healthcare professional.
16.  Marijuana or cannabis plants, or any items or paraphernalia used to grow, cultivate or harvest marijuana, cannabis plants, or make hash, wax, honey-oil or any cannabis byproduct.
17.  Watercraft that are more than 20 feet in length or motorized with more than a 15 horsepower engine.
18.  **Water**, electricity or gas.
19.  Satellite dishes, antennas, or their components, including mounting hardware, whether attached to any dwelling or structure, or not.
20.  Swimming pool diving boards, slides, or similar structures.

DB Insurance Co., Ltd. (U.S. Branch)     Difference in Conditions Policy for Dwellings

21.     Trampolines, bounce houses, inflatable slides, or similar devices or structures.

## COVERAGE D – Fair Rental Value

If a loss covered under this policy to a tenant-occupied property makes that part of the **residence premises** rented to others or held for rental by **you** unfit for its normal use, **we** cover its:

**Fair Rental Value,** meaning the fair rental value of that part of the **residence premises** rented to others less any expenses that do not continue while that part of the **residence premises** rented ~~or held for rental~~ is not fit to live in.

Payment will be for the shortest time required to repair or replace that part of the **residence premises** rented.

If a civil authority prohibits **you** from use of the **residence premises** as a result of direct damage to a neighboring location by a Peril **Insured** Against in this policy, **we** cover the Fair Rental Value loss for no more than two weeks.

The periods of time referenced above are not limited by the expiration of this policy.

**We** do not cover loss or expense due to cancellation of a lease or agreement.

## COVERAGE E – Additional Living Expenses

If a loss covered under this policy to an owner-occupied property makes part or all of the **residence premises** unfit for its normal use, **we** cover **your**:

**Additional Living Expense**, meaning any reasonable and necessary increase in living expenses incurred by **you** so that **your** household can maintain its normal standard of living.

Payment will be for the shortest time required to repair or replace the **residence premises** or, if **you** permanently relocate, the shortest time required for **your** household to relocate.

If a civil authority prohibits **you** from use of the **residence premises** as a result of direct damage to a neighboring location by a Peril Insured Against in this policy, **we** cover the Additional Living Expense loss for no more than two weeks.

The periods of time referenced above are not limited by the expiration of this policy.

**We** do not cover loss or expense due to cancellation of a lease or agreement.

---

### SECTION I – ADDITIONAL COVERAGES

---

THE FOLLOWING ADDITIONAL COVERAGES ARE SUBJECT TO ALL THE TERMS, PROVISIONS, EXCLUSIONS AND CONDITIONS OF THIS POLICY.

1.     **Debris Removal. We** will pay **your** reasonable expense for the removal of:
    a.     Debris of covered property if a Peril Insured Against causes the loss; or
    b.     Ash, dust or particles from a volcanic eruption that has cause direct loss to a building or property contained in a building.

DB Insurance Co., Ltd. (U.S. Branch)    Difference in Conditions Policy for Dwellings

This expense is included in the limit of liability of Coverage A. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability of Coverage A, an additional 5% of the Coverage A limit of liability is available for debris removal expense.

**We** will also pay **your** reasonable expense for the removal of fallen trees from the **residence premises** if the fallen tree damages covered property and a Peril Insured Against under **Coverage C** causes the tree to fall. **Our** limit of liability for this coverage will not be more than $500 in the aggregate for any one loss.

Debris removal coverage does not include lead or asbestos testing, abatement and/or removal. **Water**, moisture and dirt are not debris for purposes of this policy.

2.  **Reasonable Repairs. We** will pay the reasonable cost incurred by **you** for reasonable and necessary repairs made solely to protect covered property from further damage provided coverage is ultimately afforded for the loss. **We** will not pay for repairs or damage caused by an excluded or non-covered peril. **We** will not pay for repairs made as a preventative measure prior to an actual loss. This coverage does not increase the limit of liability that applies to the covered property being repaired. This coverage does not relieve **you** or **your** duties, in case of loss to covered property, as set forth in Section I – Condition 2.c.

3.  **Property Removed. We** insure covered property removed from a premises endangered by a Peril Insured Against. While removed, the property is covered for direct loss from a peril insured against for no more than 30 days. This coverage does not change the limit of liability that applies to the property removed.

4.  **Credit Card, Fund Transfer Card, Forgery and Counterfeit Money.**
    **We** will pay up to $500 for:
    a.  The legal obligation of an **insured** to pay because of the theft or unauthorized use of credit cards issued to or registered in an **insured's** name;
    b.  Loss resulting from theft or unauthorized use of a fund transfer card used for deposit, withdrawal or transfer of funds, issued to or registered in an **insured's** name;
    c.  Loss to an **insured** caused by forgery or alteration of any check or negotiable instrument; and
    d.  Loss to an **insured** through acceptance in good faith of counterfeit United States or Canadian paper currency.

**We** do not cover use of a credit card or fund transfer card by a resident of the **residence premises**, a person who has been entrusted with the credit card or fund transfer card, or any person if an **insured** has not complied with all terms and conditions under which the credit card or fund transfer card is issued. This coverage does not apply to transactions or loss involving crypto-currency or online payment services.

**We** do not cover loss arising out of **business** pursuits or dishonesty of an **insured.**

All loss resulting from a series of acts committed by any one person or in which any one person is concerned or implicated is considered to be one loss.

This coverage is additional insurance. No deductible applies to this coverage.

DB Insurance Co., Ltd. (U.S. Branch)   Difference in Conditions Policy for Dwellings

7. **Collapse. We** insure for the direct physical loss to covered property caused by the actual **collapse** of the entire building or any part of a building structure. This coverage does not apply to **property damage** caused by collapse of pipes, casings, pilings or stilts.

Collapse means the sudden and actual falling down to the ground of a building or any part of a building.  Collapse does not include settling, cracking, shrinking, bulging, expansion, sagging or bowing of a building or any part of a building.  A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse.  A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building.

For coverage to apply, the collapse of an entire building or any part of a building must be caused by one or more of the following:
   a. Hidden decay within the building structure, unless the presence of such decay is known or should be known to an **insured** prior to collapse;
   b. Hidden insect or animal damage, unless the damage is known or should be known to an **insured** prior to collapse;
   c. Weight of people, animals, equipment, or personal property;
   d. Weight of snow, ice, or sleet which collects on a roof.

Loss to an awning, fence, patio, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under items b, c, d, or e above, unless the loss is a direct result of the collapse of a building.

This coverage does not increase the limit of liability applying to the damaged covered property.

This coverage does not apply to land, including land on which the dwelling is located.

8. **Loss Assessment. We** will pay up to $1,000, or a higher limit if specified in the Declarations for loss assessments, for **your** share of any loss assessment charged during the policy period against all property owners by a corporation or association of property owners. This only applies when the assessment is made as a result of direct loss to the property, owned by all property owners collectively, caused by a Peril Insured Against under Coverage A – Dwelling, other than earthquake or land shock waves or tremors before, during or after a volcanic eruption. This coverage applies only to loss assessments charged against **you** as owner of the **residence premises.** This coverage does not increase the limit of liability.

**We** do not cover loss assessments charged against **you** or a corporation or association of property owners by any governmental body.

---

## SECTION I – PERILS INSURED AGAINST

---

## COVERAGE A – DWELLING and COVERAGE B – OTHER STRUCTURES
**We** insure for sudden and accidental direct physical loss to property described in Coverages A and B except for damage caused by:

1. **Fire or Lightning**;

DB Insurance Co., Ltd. (U.S. Branch)    Difference in Conditions Policy for Dwellings

2.  **Internal Explosion**, meaning explosion occurring in the dwelling or other structure covered on the insured location or in a structure containing personal property covered;

3.  **Windstorm or Hail**;

4.  **Explosion**;

5.  **Riot or Civil Commotion**;

6.  **Aircraft**, including self-propelled missiles, spacecraft and drones;

7.  **Vehicles**;

8.  **Smoke**, meaning sudden and accidental damage from smoke, soot, ash or char even if caused by a brush or wildfire;

9.  **Volcanic Eruption**;

10. **Vandalism or Malicious Mischief**;

11. **Collapse**, other than as provided in Additional Coverage 7;

12. Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing. This exclusion applies only while the dwelling is **unoccupied** or being constructed unless **you** have used reasonable care to:
    a.  Maintain heat in the building; or
    b.  Shut off the **water** supply and drain the system or appliances of **water**;

13. Freezing, thawing, pressure or weight of **water** or ice, whether driven by wind or not, to a:
    a.  Fence, pavement, patio or swimming pool;
    b.  Foundation, retaining wall or bulkhead; or
    c.  Pier, wharf or dock;

14. Theft in or to a dwelling under construction, or of materials or supplies for use in the construction unless the dwelling is occupied;

15. **Vandalism or malicious mischief** or breakage of glass and safety glazing materials if the dwelling is **unoccupied** at the time of loss;

16. Continuous or repeated seepage or leakage of **water** or steam, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of weeks or months, whether the continuous or repeated seepage or leakage of **water** or steam was known to the **insured** or not;

17. Theft if the dwelling is **unoccupied** at the time of loss;

18. Any of the following:
    a.  Wear and tear, electrolysis, marring, deterioration; or
    b.  Inherent vice, latent defect, mechanical breakdown; or

DB Insurance Co., Ltd. (U.S. Branch)    Difference in Conditions Policy for Dwellings

    c.   Rust or other corrosion, mold, wet or dry rot; or

    d.   Smog, smoke from fireplaces, typical household operation, agricultural smudging, or industrial operations; or

    e.   Tree roots to pipes, patios, foundations, pools, sidewalks, roads, curbs or driveways; or

    f.   Insects or all other animals; or

    g.   Discharge, dispersal, seepage, migration, release or escape of pollutants unless the discharge, dispersal, seepage, migration, release or escape is itself caused by a Peril Insured Against under Coverage C of this Policy.

        Pollutant means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, lead, asbestos and waste. Waste includes materials to be recycled, reconditioned or reclaimed;

19.   Vehicle damage to Coverage B – Other Structures, including walkways, driveways and fences caused by a vehicle owned or operated by an **insured** or resident of the **residence premises**; or

20.   Losses excluded under Section I – Exclusions.

Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

## COVERAGE C – PERSONAL PROPERTY

**We** insure for sudden and accidental direct physical loss to the property described in Coverage C caused by a peril listed below unless the loss is excluded in Section I – Exclusions.

1.   **Theft.**
    This peril does not include loss caused by theft:
    a.   Committed by:
       (1)  an **insured**; or
       (2)  a tenant of the **residence premises**.
    b.   In or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is occupied; or
    c.   While the **residence premises** is rented to other than an **insured** of:
       (1)  Money, bank notes, bullion, gold, goldware, silver, silverware, pewterware, platinum, coins and medals;
       (2)  Securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, passports, tickets and stamps regardless of the medium (such as paper or computer software) on which the material exists; or
       (3)  Jewelry, watches, furs, precious and semiprecious stones.

    This peril does not provide coverage for lost, misplaced or missing property or mysterious disappearance of property.  This peril does not include loss caused by theft that occurs to property in or on the **residence premises** by a relative of an **insured**, a tenant, guest, invitee or licensee.

2.   **Falling objects.** This peril does not include loss to property contained in the building unless the roof or an outside wall of the building is first damaged by a falling object. Damage to the falling object itself is not included.

DB Insurance Co., Ltd. (U.S. Branch)    Difference in Conditions Policy for Dwellings

3.    **Weight of ice, snow or sleet** which causes damage to a building or property contained in the
building.

4.    **Sudden and accidental damage from artificially generated electrical current.** This peril does not
include electronic devices, including but not limited to audio equipment such as stereos, MP3
players and cellular phones, video equipment such as televisions, DVD players and gaming devices,
computers, printers, and photography equipment.

5.    **Volcanic Eruption** other than loss caused by earthquake, land shock waves or tremors.

---

### SECTION I — EXCLUSIONS

---

**We** do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded
regardless of any other cause or event contributing concurrently or in any sequence to the loss.

1.    **Ordinance or Law,** meaning enforcement of any ordinance or law regulating the construction,
repair, or demolition of a building or other structure, unless specifically provided under this policy.
This exclusion applies whether or not the loss is actually caused directly or indirectly by
enforcement of any ordinance or law regulating the construction, repair, or demolition of a building
or other structure, or whether the loss is caused by a different peril and results in enforcement of
any ordinance or law regulating the construction, repair, or demolition of a building or other
structure.
This includes the following:
   a.   Requirements which result in a loss in value to property;
   b.   Requiring any **insured** or others to test for, monitor, clean up, remove, contain, treat,
detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants: or
   c.   Requiring asbestos or lead testing, remediation and /or abatement.
   d.   Pollutant means any solid, liquid, gaseous or thermal irritant or contaminant, including
smoke, vapor, soot, fumes, acids, alkalis, chemicals, lead, asbestos and waste.  Waste
includes materials to be recycled, reconditioned or reclaimed.
   e.   This exclusion applies whether or not the property has been physically damaged.

2.    **Earth Movement,** includes but is not limited to any loss caused by, resulting from, contributed to,
or aggravated by earthquake, including land shock waves or tremors before, during or after a
volcanic eruption; erosion, mine or wind subsidence; mudflow; earth expanding, contracting,
settling, shrinking, sinking, rising, shifting or tilting, landslide, slipping, falling away, or caving in of
earth; unless direct loss to glass or safety glazing material which is part of a building, storm door or
storm window by breakage ensues and then **we** will pay only for the ensuing loss.

3.    **Water Damage.**  We do not insure loss or damage which consists of, is composed of or which is
**water** damage.  This exclusion includes, but is not limited to:
   a.   A **water-reverse flow**;
   b.   **Water** which backs up through sewers or drains or overflows or is otherwise discharged from
a sump, sump pump or related equipment;
   c.   **Water** from any source whatsoever, on or below the surface of the ground, whether natural
or otherwise; or
   d.   Flood, including debris flow and mud flow, any form of surface **water**, waves, tsunami, seiche,
tidal **water**, tidal waves, storm surge or overflow or escape of a body of **water**, or spray from
any of these, whether or not driven by wind.

DB Insurance Co., Ltd. (U.S. Branch)    Difference in Conditions Policy for Dwellings

This **water** exclusion applies even if **water** combines or contributes in any way with any other excluded cause of loss or damage hereunder to cause loss or damage, including, but not limited to, fungi, mold, pollutants or any similar substance.

4. **Power Interruption,** meaning the interruption of power or other utility service if the interruption takes place off the **residence premises.** If a Peril Insured Against ensues on the **residence premises, we** will pay only for loss caused by the ensuing peril.

5. **Neglect**, meaning neglect of the **insured** to use all reasonable means to save and preserve property at and after the time of a loss.

6. **War,** including undeclared war, civil war, insurrection, rebellion, revolution, warlike act by a military force or military personnel, destruction or seizure or use for a military purpose, and including any consequence of any of these. Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

7. **Nuclear Hazard**, to the extent set forth in the Nuclear Hazard Clause of Section I - Conditions.

8. **Intentional Loss,** meaning any loss arising out of any act committed by or at the direction of an **insured**.

9. **Pipes; Pipes including Concrete Slabs Enclosing Pipes. We** do not insure the cost of access to, tearing out, repair and/or replacing any pipes including concrete slabs enclosing pipes.

10. **We** do not cover any loss, resulting directly or indirectly from damage done to **your** property, by **you** or **your** family member or anyone having a financial interest in **your** property if the **property damage** is done with malicious intent which is expected or intended to cause **property damage**.

11. **We** do not cover settling, cracking, shrinking, bulging or expansion of pavements, patios, foundations, walls, floors, roofs or ceilings.

12. **We** do not provide coverage for loss resulting, directly or indirectly, caused by or as a consequence of, any manufacturing, production or operation by any person, known or unknown to the **insured**, engaged in:
    a. The cultivation of any plants or plant materials;
    b. The manufacture, production, operation or processing of chemical, biological, animal or plant materials for any purpose; or
    c. Related in any way to any **controlled substance**.

13. **We** do not insure for loss resulting directly or indirectly from damage done to **your** property by hydrofracking or flowback including sinkhole collapse.  Hydrofracking or hydraulic fracturing means the process by which **water**, proppants and/or chemicals are injected at high pressure into underground geologic formations to create fractures, to facilitate the extraction of natural gas and/or oil.  Flowback or produced **water** means any wastewater containing returned hydrofracking fluid, including but not limited to **water**, proppants, hydrofracking liquid additives; and any hydrocarbon compounds, salts, conventional pollutants, organics, metals, and naturally occurring radioactive material brought to the surface with the wastewater.

DB Insurance Co., Ltd. (U.S. Branch)    Difference in Conditions Policy for Dwellings

14. **We** do not provide coverage for any loss, damage, cost, claim, expense, **bodily injury**, **property damage**, liability or medical payments arising from or in any way involving, directly or indirectly, any **pathogenic organism**, regardless of cause.

15. **We** do not provide coverage for any loss, damage, cost, claim, expense, **bodily injury**, **property damage**, liability or medical payments arising from or in any way involving, directly or indirectly, the presence of, testing for the presence of, removal, abatement or disposal of any asbestos or lead, even if the need to test, remove, abate or dispose of asbestos or lead arises from a covered peril.

16. **We** will not pay damages claimed as a result of **diminution of value** of any property after a loss.  The terms "repair" or "replace" used in various forms throughout this policy do not include **diminution of value**.

**We** do not insure for loss to property described in Coverages A and B caused by any of the following. However, any ensuing loss to property described in Coverages A and B not excluded or excepted in this policy is covered.
1. **Weather conditions**, including rainfall.  However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph A. above to produce the loss;
2. **Acts or decisions**, including the failure to act or decide, of any person, group, organization or governmental body;
3. **Faulty, inadequate or defective**:
    a. Planning, zoning, development surveying, siting;
    b. Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
    c. Materials used in repair, construction, renovation or remodeling; or
    d. Maintenance
    of part or all of any property whether on or off the **residence premises**.

---

### SECTION I – CONDITIONS

1. **Insurable Interest and Limit of Liability.** Even if more than one person has an insurable interest In the property covered, **we** will not be liable:
    a. To any **insured** for more than the amount of an **insured's** interest at the time of loss; or
    b. For more than the applicable limit of liability;
    whichever is less.

2. **Your Duties After Loss**. In case of a loss to which this insurance may apply, **we** have no duty to provide coverage under this policy if **you** fail to comply with the following duties and **your** failure to comply is prejudicial to **us**. These following duties must be performed by **you**, an **insured** or a representative of either.
    a. Give immediate notice to **us** or **your** licensed insurance agent or broker. **You** must file a police report if the cause of loss is theft, burglary, robbery, **vandalism or malicious mischief**. A list of all property stolen or damaged must be included in the police report.
    b. In case of loss under Credit Card or Fund Transfer Card coverage, also immediately notify the credit card or fund transfer card company;
    c. Protect the property from further damage, make reasonable and necessary repairs required to protect the property and keep an accurate record of repair expenditures;
    d. As often as **we** reasonably require:

DB Insurance Co., Ltd. (U.S. Branch)   Difference in Conditions Policy for Dwellings

    (1) Exhibit the damaged property;

    (2) Provide **us** with records and documents **we** request and permit **us** to make copies.

e.  Submit to **us**, within 60 days after **we** request, **your** signed, sworn proof of loss, notarized at our request, which sets forth, to the best of **your** knowledge and belief:

    (1) The time and cause of loss;

    (2) The interest of an **insured** and all others in the property involved and all encumbrances on the property;

    (3) Other insurance which may cover the loss;

    (4) Changes in title or occupancy of the property during the term of the policy;

    (5) Specifications of any damaged building and detailed estimates for repair of the damage;

    (6) An itemized inventory of damaged personal property as set-forth in f. below;

    (7) Receipts for additional living expenses incurred; and

    (8) Evidence or affidavit supporting a claim under the Credit Card, Fund Transfer Card, Forgery and Counterfeit Money coverage, stating the amount and cause of the loss.

f.  Prepare an inventory of damaged personal property showing in detail, the quantity, description, purchase price, age and condition of the item to determine the **actual cash value** and amount of loss. Attach to the inventory all bills, receipts and related documents that justify the figures in the inventory.

3.  **Loss Settlement**. Covered property losses are settled as follows:

a.  (1) Personal property;

    (2) Awnings, carpeting, domestic appliances, outdoor antennas and outdoor equipment including heating and cooling units, whether or not attached to buildings

at replacement cost without deduction for depreciation but not more than the amount required to repair or replace.

b.  (1) Structures that are not buildings; and

    (2) The roof or roof components of the dwelling or covered other structures.

at **actual cash value** at the time of loss but not more than the amount required to repair or replace.

The above loss settlement conditions do not include any increased cost incurred to comply with the enforcement of any ordinance, law, or building code upgrade except to the extent that coverage for these increased costs is provided elsewhere in this policy.

c.  Buildings under Coverage A or B at replacement cost without deduction for depreciation, subject to the following:

    (1) If, at the time of loss, the amount of insurance in this policy on the damaged building is 80% or more of the full replacement cost of the building immediately before the loss, **we** will pay the cost of repair or replacement, after application of deductible and without deduction for depreciation, but not exceeding the smallest of the following amounts:

        (a) The limit of liability under this policy that applies to the building,

        (b) The replacement cost of the damaged part of the building for equivalent construction and use on the same premises; or

        (c) The amount actually and necessarily spent to repair or replace the damaged building.

    (2) If, at the time of loss, the amount of insurance in this policy on the damaged building is less than 80% of the full replacement cost of the building immediately prior to the loss, **we** will pay the larger of the following amounts, but not exceeding the limit of liability under this policy that applies to the building:

DB Insurance Co., Ltd. (U.S. Branch)    Difference in Conditions Policy for Dwellings

    (a) The **actual cash value** of that part of the building damaged; or

    (b) That proportion of the cost to repair or replace, without deduction for depreciation, of the damaged part of the building which the total amount of insurance in this policy on the damaged building bears to 80% of the replacement cost of the building.

(3) In determining the amount of insurance required to equal 80% of the full replacement cost of the building immediately prior to the loss, **you** shall disregard the value of excavations, foundations, piers and other supports which are below the lowest basement floor, or where there is no basement, which are below the surface of the ground inside the foundation walls, underground flues, pipes, wiring and drains.

(4) When the cost to repair or replace the damage is more than $1,000 or more than 5% of the amount of insurance in this policy on the building, whichever is less, **we** will pay no more than the **actual cash value** of the damage until actual repair or replacement is complete. Once actual repair or replacement is completed, **we** will settle the loss as noted in c.(1) and c.(2) above.

4.   **Loss to a Pair or Set**. In case of loss to a pair or set **we** may elect to:

    a. Repair or replace any part to restore the part or set to its value before the loss; or

    b. Pay the difference between **actual cash value** of the property before and after the loss.

5.   **Glass Replacement**. Loss for damage to glass caused by a Peril Insured Against will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

6.   **Appraisal**. If **you** and **we** fail to agree as to the **actual cash value** or the amount of loss, then, on the written request of either, each shall select a competent and disinterested appraiser and notify the other of the appraiser selected within twenty (20) days of the request, Where the request is accepted, the appraisers shall first select a competent and disinterested umpire; and failing for fifteen (15) days to agree upon the umpire, then, on request of the **insured** or this Company, the umpire shall be selected by a judge of a court of record in the state in which the property covered is located. Appraisal proceedings are informal unless **you** and **we** mutually agree otherwise. For purposes of this section, "informal" means that no formal discovery shall be conducted, including depositions, interrogatories, requests for admissions, or other forms of formal civil discovery, no formal rules of evidence shall be applied, and no court reporter shall be used for the proceedings. The appraisers shall then appraise the loss, stating separately **actual cash value** and loss to each item; and failing to agree, shall submit their differences, only to the umpire. An award in writing, so itemized, of any two when filed with this company shall determine the amount of the **actual cash value** and loss. Each appraiser shall be paid by the party selecting him or her and the expenses of appraisal and umpire shall be paid by the parties equally.

7.   **Other Insurance**. This insurance is excess over any other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

8.   **Suit Against Us.** No suit or action on this policy for the recovery of any claim shall be sustainable in any court of law or equity unless all the requirements of this policy shall have been complied with, and unless commenced within twelve (12) months after inception of the loss. If the loss is related to a state of emergency, action can be commenced within twenty-four (24) months.

DB Insurance Co., Ltd. (U.S. Branch)     Difference in Conditions Policy for Dwellings

9. **Our Option**. If **we** give **you** written notice within 30 days after **we** receive **your** signed, sworn proof of loss, so notarized at our option, **we** may repair or replace a part of the property damaged with equivalent property.

10. **Loss Payment**. **We** will adjust all losses with **you**. **We** will pay **you** unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 30 days after **we** receive **your** signed sworn proof of loss, so notarized at our option, and:
    a. Reach an agreement with **you**;
    b. There is an entry of a final judgment; or
    c. There is a filing of a final appraisal award with **us**, that is not subject to post-appraisal adjustments and that we agree with and determine not to exercise our legal rights to vacate or appeal.

11. **Abandonment of Property**.  **We** need not accept any property abandoned by an **insured**.

12. **Mortgage Clause**. The word "mortgagee" includes trustee. If a mortgagee is named in this policy, any loss payable under Coverage A or B will be paid to the mortgagee and **you**, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.  If **we** deny **your** claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:
    a. Notifies **us** of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;
    b. Pays any premium due under this policy on demand if **you** have neglected to pay the premium; and
    c. Submits a signed, sworn statement of loss, so notarized at our option, within 60 days after receiving notice from **us** of **your** failure to do so. Policy conditions relating to Appraisal, Suit Against Us and Loss Payment apply to the mortgagee.
    If the policy is cancelled or not renewed by **us**, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

    If **we** pay the mortgagee for any loss and deny payment to **you**:
    a. **We** are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or
    b. At **our** option, **we** may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, **we** will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.
    Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee claim.

    Additionally, if **we** pay the mortgagee for any loss and deny payment to **you**, the deductible for the payment made to the mortgagee will be $500 regardless of the policy deductible state on the Declarations page.  However, the deductible will not be changed in the event a special deductible for earthquake, windstorm, hurricane or hail losses applies to the loss.

13. **No Benefit to Bailee**.  **We** will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision or this policy.

14. **Nuclear Hazard Clause**.

DB Insurance Co., Ltd. (U.S. Branch)    Difference in Conditions Policy for Dwellings

    a.  **"Nuclear Hazard"** means any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

    b.  Loss caused by the **nuclear hazard** will not be considered a covered loss regardless of the perils that are specifically named in or otherwise included within the Perils Insured Against in Section I.

    c.  This policy does not apply under Section I to loss caused directly or indirectly by **nuclear hazard**.

15.  **Volcanic Eruption Period.** One or more volcanic eruptions that occur within a 72-hour period will be considered as one volcanic eruption.

16.  **Recovered Property**. If **you** or **we** recover any property for which **we** have made payment under this policy, **you** or **we** will notify the other of the recovery. At **your** option, the property will be returned to or retained by **you** or it will become **our** property. If the recovered property is returned to or retained by **you**, the loss payment will be adjusted based on the amount **you** received for the recovered property.

---

## SECTION II – LIABILITY COVERAGES

**COVERAGE E – Personal Liability**

If a claim is made or a suit is brought against an **insured** for damages because of **bodily injury** or **property damage** caused by an **occurrence** to which this coverage applies, **we** will:

1.  Pay up to **our** limit of liability for the damages for which an **insured** is legally liable; and

2.  Provide a defense at **our** expense by counsel of **our** choice, even if the allegations are groundless, false or fraudulent. **We** may make any investigation and settle any claim or suit that **we** decide is appropriate.

**Our** obligation to defend any claim or suit ends when the amount **we** pay for damages resulting from the **occurrence** equals **our** limit of liability.

**COVERAGE F – Medical Payments to Others**

**We** will pay the necessary medical expenses that are incurred or medically ascertained within three years from the date of an accident causing **bodily injury**. Medical expenses means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, prosthetic devices and funeral services. This coverage does not apply to **you** or regular residents of the **residence premises** except **residence employees.** As to others, this coverage applies only:

1.  To a person on the **insured location** with the permission of an **insured**; or

2.  To a person off the **insured location**, if the **bodily injury**:

    a.  Arises out of a condition on the **insured location** or the ways immediately adjoining;

    b.  Is caused by the activities of an **insured**; or

    c.  Is caused by a **residence employee** in the course of the **residence employee's** employment by an **insured**.

---

## SECTION II – EXCLUSIONS

1.  **Coverage E – Personal Liability and Coverage F – Medical Payments to Others** do not apply to **bodily injury** or **property damage**:

DB Insurance Co., Ltd. (U.S. Branch)     Difference in Conditions Policy for Dwellings

a. If an **insured** commits an act which is expected or intended, there is no coverage even if the harm or injury caused was not expected or intended, including but not limited to assault, battery or sexual assault;

b. Arising out of the violation of a criminal law or local or municipal ordinance, committed by or with the knowledge or consent of an **insured**. This exclusion applies whether or not an **insured** is charged or convicted;

c. Arising out of the failure to supervise or negligent supervision by an **insured** of any person;

d. Arising out of **business** pursuits of any **insured** including the rental or holding for rental of any part of any premises by any **insured**. This exclusion does not apply to:

  (1) Activities which are usual to non-**business** pursuits; or

  (2) The rental or holding for rental of an **insured location**:

      (a) On an occasional basis if used only as a residence;

      (b) In part for use only as a residence, unless a single family unit is intended for use by the occupying family to lodge more than two roomers or boarders; or

      (c) In part, as an office, school, studio or private garage;

e. Arising out of the rendering of or failure to render professional services;

f. Arising out of a premises:

  (1) Owned by any **insured**;

  (2) Rented to any **insured**; or

  (3) Rented to others by any **insured**;

  that is not an **insured location**;

g. Arising out of the:

  (1) ownership, maintenance, use, loading or unloading of motor vehicles or all other motorized land conveyances, including any trailers, owned or operated by or rented or loaned to an **insured.**

  (2) entrustment by any **insured** of a motor vehicle or any other motorized land conveyance to any person; or

  (3) Vicarious parental liability for the actions of a child or minor using conveyance excluded in paragraph (1) or (2) above.

  This exclusion does not apply to:

  (1) a trailer not towed by or carried on a motorized land conveyance.

  (2) a motorized land conveyance designed for recreational use off public roads not subject to motor vehicle registration and:

      (a) Not owned by an **insured**; or

      (b) Owned by an **insured**, but only on an **insured location**.

  (3) a motorized golf cart when used to play golf on a golf course.

  (4) a motorized land conveyance designed for assisting handicapped or for the maintenance of an **insured location** which is:

      (a) not designed for travel on public roads; and

      (b) not subject to motor vehicle registration;

h. Arising out of:

  (1) The ownership, maintenance, use loading or unloading of a watercraft equipped with more than 25 horsepower or greater than 26 feet in length, whether owned, rented or borrowed;

  (2) The entrustment by an **insured** of any watercraft to any person; or

  (3) Vicarious parental liability for the actions of a child or minor using any watercraft;

i. Arising out of;

  (1) The ownership, maintenance, use, loading or unloading of an aircraft;

  (2) The entrustment by an **insured** of an aircraft to any person; or

(3) Vicarious parental liability for the actions of a child or minor using an aircraft. An aircraft means any contrivance used or designed for flight;

j.  Caused directly or indirectly by war, including undeclared war, civil war, insurrection, rebellion, revolution, warlike act by a military force or military personnel, destruction or seizure or use for a military purpose, and including any consequence of any of these. Discharge of a nuclear weapon will be deemed a warlike act even if accidental;

k.  Arising out of **Earth Movement**. "**Earth Movement**" includes any loss caused by, resulting from, contributed to, or aggravated by earthquake, including land shock waves or tremors before, during or after a volcanic eruption; landslide; mine or wind subsidence; mudflow; earth expanding, contracting, settling, shrinking, sinking, rising or shifting; or erosion; a volcanic blast or airborne shockwaves; ash, dust, or particulate matter, or lava flow;

l.  Arising out of the transmission of a communicable disease by an **insured**;

m.  Arising out of sexual molestation, physical, or mental abuse;

n.  Arising out of the wrongful entry, eviction, or other invasion of the right to private occupancy;

o.  Arising out of the use, sale, manufacture, processing, delivery, transfer or possession by any **insured** of a **controlled substance**;

p.  Arising out of or in any way connected with discrimination, harassment, abuse or wrongful termination on account of race, color, religion, sex, sexual orientation, age, marital state, national origin or in any way connected with a violation of any state or federal civil rights law.

q.  Arising out of any contamination and/or pollutant;
    This policy does not provide coverage for any loss, damage, cost, claim, expense, **bodily injury**, **property damage** or medical payments arising from or in any way involving, directly or indirectly any of the following:

    (1) Actual, alleged or threatened release, discharge, escape or dispersal of "**pollutant(s)**" (as defined hereinafter), all whether direct or indirect, proximate or remote, sudden, accidental or gradual;

    (2) Any increase in loss, damage or expense arising out of the enforcement, direction or request of any governmental or civil authority regulating the test for, monitoring, prevention, control, removal, tearing down, demolition, disposal, treatment, decontamination, clean-up, containment, detoxification or neutralizing of "**pollutant(s)**", or the restoration, construction or replacement of property contaminated by a "**pollutant(s)**";

    (3) The clean-up or the removal of debris of "**pollutant(s)**" or

    (4) Any fines, penalties, compensatory damages, punitive damages or any other damages, awards or settlements adjudged against an **insured** by any civil or judicial body or board of arbitration, nor any sums which an **insured** shall voluntarily agree to pay to any third party(ies), nor any legal fees or other costs of defense of legal actions, claims, or proceedings and appeals therefrom.

    For the purpose of this insurance, "**pollutant(s)**" means any solid, liquid, gaseous or thermal irritant or contaminant substance, including but not limited to any smoke vapor, soot, fumes, acids, alkalis, chemicals, lead, asbestos and waste (whether recycled, reconditioned or reclaimed);

r.  Caused directly or indirectly by hydrofracking or the actual, alleged, threatened or suspected contact with, exposure to, existence of or presence of any flowback or the handling, transporting, storage, release or disposal of any flowback by any **insured** or by any other person or entity.  This includes any cost or expense arising, in whole or in part, out of abating, testing for, monitoring, cleaning up, removing, containing, treating, remediating, disposing of, or in any way responding to or assessing the effect of hydrofracking or flowback.  **We** will not

pay for the investigation or defense of any **occurrence**, injury or damage or any cost, fine or penalty or any expense of claim or suit related to any of the above;

s.   Caused by or contributed to, directly or indirectly, by **water** or **water-reverse flow**;

t.   Arising from or in any way involving, directly or indirectly, any trampoline, bounce house, inflatable slide, or similar device or structure, regardless of cause;

u.   Arising from or in any way involving, directly or indirectly, a swimming pool diving board, slide, or similar structure, regardless of cause;

v.   **We** do not provide coverage for any loss, damage, cost, claim, expense, **bodily injury**, **property damage**, liability or medical payments arising from or any in way involving, directly or indirectly, any **pathogenic organism**, regardless of cause;

w.   **We** do not cover any **bodily injury**, **property damage**, personal liability or personal injury arising out of or resulting from harassment, intimidation, **bullying** or **electronic aggression**, including allegations of negligent supervision or vicarious liability.  **We** will not defend **you** with respect to any claim or suit seeking such damages; or

x.   Arising from or involving, directly or indirectly, any person, other than a **residence employee** of an **insured**, residing on any part of the **insured location**.

**Exclusions f., g., h., and i. do not apply to bodily injury** to a **residence employee** arising out of and in the course of the **residence employee's** employment by an **insured**.

2.   **Coverage E – Personal Liability**, does not apply to:

a.   Liability:
(1)   For **your** share of any loss assessment charged against all members of an association of property owners; or
(2)   Under any other contract or agreement except those written contracts that directly relate to the ownership, maintenance or use of an **insured location**;

b.   **Property damage** to property owned by any **insured**;

c.   **Property damage** to property rented to, occupied, used by or in the care of any **insured**;

d.   **Bodily injury** to any person eligible to receive any benefits:
(1)   required to be provided; or
(2)   voluntarily provided;
by any **insured** under any:
(1)   workers' or workmens' compensation law;
(2)   non-occupational disability law; or
(3)   occupational disease law;

e.   **Bodily injury** or **property damage** for which any **insured** under this policy:
(1)   is also an **insured** under a nuclear energy liability policy; or
(2)   would be **insured** but for its termination upon exhaustion of its limit of liability.
A nuclear energy liability policy is one issued by:
(1)   American Nuclear Insurers;
(2)   Mutual Atomic Energy Liability Underwriters;
(3)   Nuclear Insurance Association of Canada; or any of their successors;

f.   **Bodily injury** to **you** or any **insured** within the meaning of part a. or b. of definition 7 **"insured"**;

g.   Punitive or exemplary damages, or statutorily imposed fines or multipliers regardless of any other provision of this policy; or

h.   **Bodily injury** or **property damage** for which an **insured** shall become legally obligated to pay as damages caused by or originating or resulting from any animal.

DB Insurance Co., Ltd. (U.S. Branch)    Difference in Conditions Policy for Dwellings

3. **Coverage F – Medical Payments to Others**, does not apply to **bodily injury:**
   a. To a **residence employee** if the **bodily injury:**
      (1) Occurs off the **insured location**; and
      (2) Does not arise out of or in the course of the **residence employee's** employment by an **insured;**
   b. To any person eligible to receive benefits:
      (1) Required to be provided; or
      (2) Voluntarily provided;
      under any:
      (1) Workers or workmens' compensation law;
      (2) Non-occupational disability law; or
      (3) Occupational disease law;
   c. From any:
      (1) Nuclear reaction;
      (2) Nuclear radiation; or
      (3) Radioactive contamination;
      all whether controlled or uncontrolled or however caused; or
      (4) Any consequence of any of these; or
   d. To persons while on the insured's premises, with or without permission of the **insured**, or while elsewhere, if such medical expense is caused by or results from any **bodily injury** caused by or resulting from any animal.

---

## SECTION II – ADDITIONAL COVERAGES

---

**We** cover the following in addition to the limits of liability:

1. **Claim Expenses. We** pay
   a. Expenses incurred by **us** and costs taxed against an **insured** in any suit **we** defend;
   b. Premiums on bonds required in a suit defended by **us**, but not for bond amounts greater than the limit of liability for Coverage E. **We** are not obligated to apply for or furnish any bond;
   c. Reasonable expenses incurred by an **insured** at **our** request, including actual loss of earnings (but not loss of other income) up to $50 per day, for assisting **us** in the investigation or defense of a claim or suit;
   d. Interest on the entire judgment which accrues after entry of the judgment and before **we** pay or tender, or deposit in court that part of the judgment which does not exceed the limit of liability that applies;
   e. Prejudgment interest awarded against an **insured** on that part of the judgment **we** pay subject to the policy limits.

2. **First Aid Expenses. We** will pay expenses for first aid to others incurred by an **insured** for **bodily injury** covered under this policy. **We** will not pay for first aid to **you** or any other **insured.**

3. **Damage to Property of Others. We** will pay, on a replacement cost basis up to $500 per **occurrence** for **property damage** to property of others caused by an **insured.**

   **We** will not pay for **property damage:**
   a. To the extent of any amount recoverable under Section I of this policy;
   b. Caused intentionally by an **insured;**
   c. To property owned by or rented to an **insured,** a tenant of an **insured** or a resident of the **residence premises**; or

DB Insurance Co., Ltd. (U.S. Branch)        Difference in Conditions Policy for Dwellings

    d.  Arising out of:
        (1)  **Business** pursuits;
        (2)  Any act or omission in connection with a premises owned, rented or controlled by an **insured**, other than the **insured location**, or
        (3)  The ownership, maintenance, or use of aircraft, watercraft or motor vehicles or all other motorized land conveyances.

    This exclusion does not apply to a motorized land conveyance designed for recreational use off public roads, not subject to motor vehicle registration and not owned by an **insured.**

4.  **Loss Assessment**. **We** will pay up to $1,000 for **your** share of any loss assessment charged during the policy period against all unit owners by a corporation or association of property owners, when the assessment is made as a result of:
    a.  Each **occurrence** to which Section II of this policy would apply;
    b.  Liability for each act of a director, officer or trustee in the capacity as a director, officer or trustee, provided:
        (1)  The director, officer or trustee is elected by the members of a corporation or association of property owners; and
        (2)  The director, officer or trustee serves without deriving any income from the exercise of duties which are solely on behalf of a corporation or association of property owners.

This coverage applies only to loss assessments charged against **you** as owner or tenant of the **residence premises.**

**We** do not cover loss assessments charged against **you** or a corporation or association of property owners by any governmental body.

Section II Coverage E – Personal Liability Exclusion 2a. (1) does not apply to this coverage.

---

### SECTION II – CONDITIONS

1.  **Limit of Liability**. Regardless of the number of **insureds**, claims made or persons injured, **our** total liability under Coverage E stated in this policy for all damages resulting from any one **occurrence** shall not exceed the limit of liability for Coverage E as shown in the Declarations.

**Our** total liability under Coverage F for all medical expenses payable for **bodily injury** to one person as the result of one accident will not be more than the limit of liability for Coverage F stated in the Declarations.

2.  **Your Duties After Loss**. In case of an **occurrence**, the **insured** shall perform the following duties that apply. **We** have no duty to provide coverage if **you** fail to comply with the following duties and **your** failure to comply with the following duties is prejudicial to **us**. These duties must be performed by **you**, an **insured**, or a representative of either.
    a.  Give written notice to **us** or **your** licensed insurance agent or broker as soon as is practical, which sets forth:
        (1)  The identity of the policy and **insured**;
        (2)  Reasonably available information on the time, place and circumstances of the accident or **occurrence**; and
        (3)  Names and addresses of any claimants and witnesses;

DB Insurance Co., Ltd. (U.S. Branch)    Difference in Conditions Policy for Dwellings

b.  Promptly forward to **us** every notice, demand, summons or other documentation relating to the accident or **occurrence**;

c.  At **our** request, assist **us** in:
    (1)  Settlement hearings and proceedings;
    (2)  The enforcement of any right of contribution or indemnity against any person or organization who may be liable to an **insured**;
    (3)  The conduct of suits and attendance at hearings and trials as **we** request;
    (4)  Securing and giving evidence and obtaining the attendance of witnesses;

d.  Under the coverage – Damage to Property of Others – submit to **us** within 60 days after the loss, a sworn statement of loss, so notarized at our option, and exhibit the damaged property, if within an **insured's** control;

e.  an **insured** shall not, except at an **insured's** own cost, voluntarily make payment, assume any obligation or incur expense other than for first aid to others at the time of the **bodily injury.**

3.  **Duties of an Injured Person Coverage F – Medical Payments to Others.** The injured person or someone acting for the injured person will:

a.  Give **us** written proof of claim, under oath if required, as soon as is practical;

b.  Execute authorization to allow **us** to obtain copies of medical reports and records; and

c.  The injured person shall submit to a physical examination by a physician selected by **us** when and as often as **we** reasonably require.

4.  **Payment of Claim – Coverage F Medical Payments to Others.**  Payment under this coverage is not an admission of liability by an **insured** or **us.**

5.  **Suit Against Us.**  No action shall be brought against **us** unless there has been compliance with the policy provisions. No one will have the right to join **us** as a party to any action against an **insured**. Further, no action with respect to Coverage E shall be brought against **us** until the obligation of an **insured** has been determined by final judgment or agreement signed by **us.**

6.  **Bankruptcy of an Insured.**  Bankruptcy or insolvency of an **insured** shall not relieve **us** of **our** obligations under this policy.

7.  **Other Insurance – Coverage E – Personal Liability.**  This insurance is excess over other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

---

## SECTIONS I AND II – CONDITIONS

---

1.  **Policy Period.**  The effective time of this policy is 12:01 A.M. standard time at the **residence premises** on the effective date shown in the Declarations.  With **our** consent, this policy may be renewed for successive policy periods if the renewal premium for rules and forms then in effect is paid and accepted before the end of the current policy period.

This policy applies only to loss under Section I or **bodily injury** or **property damage** under Section II, which occurs during the policy period.

2.  **Concealment or Fraud**. The entire policy will be void if whether before or after a loss, an **insured** has:

a.  intentionally concealed or misrepresented any material fact or circumstance; or

DB Insurance Co., Ltd. (U.S. Branch)    Difference in Conditions Policy for Dwellings

    b.   engaged in fraudulent conduct; or
    c.   made false statements
    relating to this insurance or any claim thereunder.

3.   **Examination Under Oath**
    As often as **we** reasonably require:
    a.   Provide **us** with records and documents **we** request and permit **us** to make copies; and
    b.   Submit to an examination under oath while not in the presence of another **insured** and sign the examination under oath

4.   **Liberalization Clause.** If **we** adopt a revision which would broaden the coverage under this policy without additional premium within 60 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

5.   **Waiver or Change of Policy Provisions**. A waiver or change of a provision of this policy must be in writing by **us** to be valid. **Our** request for an appraisal or examination will not waive any of **our** rights.

6.   **Cancellation**.
    a.   **You** may cancel this policy at any time by returning it to **us** or by letting **us** know in writing of the date cancellation is to take effect.
    b.   **We** may cancel this policy only for the reasons stated below by letting **you** know in writing of the date cancellation takes effect. This cancellation notice may be delivered to **you**, or mailed to **you** at **your** mailing address shown in the Declarations.
        Proof of mailing will be sufficient proof of notice.
        (1)   When **you** have not paid the premium, **we** may cancel at any time by letting **you** know at least 10 days before the date cancellation takes effect.
        (2)   When this policy has been in effect for less than 60 days and is not a renewal with **us**, **we** may cancel for any reason by letting **you** know at least 10 days before the date cancellation takes effect.
        (3)   When this policy has been in effect for 60 days or more, or at any time if it is a renewal with **us**, **we** may cancel if there has been:
           (a)   Discovery of fraud or material misrepresentation of fact which if known to **us** would have caused **us** not to issue the policy; or
           (b)   Conviction of a crime having as one of its necessary elements an act increasing the hazards insured against; or
           (c)   Discovery of grossly negligent acts or omissions substantially increasing any of the hazards insured against; or
           (d)   Physical changes in the property insured against which result in the property becoming uninsurable; or
           (e)   If the risk has changed substantially since the policy was issued.
           This can be done by letting **you** know at least 30 days before the date cancellation takes effect.
        (4)   When this policy is written for a period of more than one year, **we** may cancel for any reason at anniversary by letting **you** know at least 30 days before the date cancellation takes effect.
    c.   When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded prorata.

                    DB-POL-DIC-3 (Ed. 3)

DB Insurance Co., Ltd. (U.S. Branch)    Difference in Conditions Policy for Dwellings

d.  If the return premium is not refunded with the notice of cancellation or when this policy is returned to **us**, **we** will refund it within a reasonable time after the date cancellation takes effect.

7.  **Non-Renewal. We** may elect not to renew this policy. **We** may do so by delivering to **you**, or mailing to **you** at **your** mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

8.  **Assignment**. Assignment of this policy will not be valid unless **we** give **our** written consent.

9.  **Subrogation**. An **insured** may waive in writing before a loss all rights of recovery against any person. If not waived, **we** may require an assignment of rights of recovery for a loss to the extent that payment is made by **us**.

    If an assignment is sought, an **insured** must sign and deliver all related papers and cooperate with **us** in any reasonable manner.

    Subrogation does not apply under Section II to Medical Payments to Others or Damage to Property of Others.

10. **Death**. If any **named insured** or their spouse, if a resident of the **residence premises** listed in the Declarations, dies:
    a.  **We** insure the legal representative of the deceased but only with respect to the premises and property of the deceased covered under the policy at the time of death;
    b.  **Insured** also includes:
        (1) any person who qualifies as an **insured** under definitions 7.a. and 7.b. at the time of **your** death; and
        (2) with respect to **your** property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

11. **Conformity to Statutes.** If the provision of this policy are in conflict with the statutes of the state in which the **residence premises** is located, the provision are amended to conform to such statutes.

    This policy is signed at the Home Office of **our** U.S. Branch Manager.

Inhang Shin

U.S. Branch Manager, DB Insurance Co., Ltd.

ASIS-END-M1S-CAHO (Ed. 3)
California Amendatory Endorsement for Homeowner Policies

**This endorsement changes your policy.  Please read it carefully.**

If a coverage listed below is not part of the policy form, this endorsement does not add that coverage.

---

**SECTION I – CONDITIONS**

Item 3. **Loss Settlement** is hereby deleted and replaced with the following:

3.  **Loss Settlement**. Covered property losses are settled as follows:
    a.    (1)  Personal property;
          (2)  Awnings, carpeting, domestic appliances, outdoor antennas and outdoor equipment including heating and cooling units, whether or not attached to buildings
          at replacement cost without deduction for depreciation but not more than the amount required to repair or replace.
    b.    (1)  Structures that are not buildings; and
          (2)  The roof or roof components of the dwelling or covered other structures.
          at **actual cash value** at the time of loss but not more than the amount required to repair or replace.
    The above loss settlement conditions do not include any increased cost incurred to comply with the enforcement of any ordinance, law, or building code upgrade except to the extent that coverage for these increased costs is provided elsewhere in this policy.
    c.    Buildings under Coverage A or B at replacement cost without deduction for depreciation, subject to the following:
          (1)  If, at the time of loss, the amount of insurance in this policy on the damaged building is 80% or more of the full replacement cost of the building immediately before the loss, **we** will pay the cost of repair or replacement, after application of deductible and without deduction for depreciation, but not exceeding the smallest of the following amounts:
                (a)  The limit of liability under this policy that applies to the building,
                (b)  The replacement cost of the damaged part of the building for equivalent construction and use on the same premises; or
                (c)  The amount actually and necessarily spent to repair or replace the damaged building.
          (2)  If, at the time of loss, the amount of insurance in this policy on the damaged building is less than 80% of the full replacement cost of the building immediately prior to the loss, **we** will pay the larger of the following amounts, but not exceeding the limit of liability under this policy that applies to the building:
                (a)  The **actual cash value** of that part of the building damaged; or
                (b)  That proportion of the cost to repair or replace, without deduction for depreciation, of the damaged part of the building which the total amount of insurance in this policy on the damaged building bears to 80% of the replacement cost of the building.
          (3)  In determining the amount of insurance required to equal 80% of the full replacement cost of the building immediately prior to the loss, **you** shall disregard the value of excavations, foundations, piers and other supports which are below the lowest

basement floor, or where there is no basement, which are below the surface of the ground inside the foundation walls, underground flues, pipes, wiring and drains.

(4) When the cost to repair or replace the damage is more than $1,000 or more than 5% of the amount of insurance in this policy on the building, whichever is less, **we** will pay no more than the **actual cash value** of the damage until actual repair or replacement is complete.  Once actual repair or replacement is completed, **we** will settle the loss as noted in c.(1) and c.(2) above.

(5) **You** must then make a claim no later than 12 months from the date that the first payment toward actual cash value is made for any additional liability on a replacement cost basis.  Additional extensions of up to six (6) months may be provided for good cause pursuant to Section 2051.5 of the California Insurance Code if requested in writing and received by **us** prior to the expiration of either the initial 12-month period or any subsequent 6-month extension.  **You** agree that failure to submit proof of claim for replacement cost within 12 months of the date **you** received **your** first actual cash value payment for **your** claim under coverages A, B or C, **you** will give up **your** claim for the difference between the actual cash value loss and the replacement cost loss.

In the event of a loss relating to a state of emergency as defined in Section 8558 of the California Government Code, the initial time limit is automatically extended to 36 months from the date that the first payment toward actual cash value is made.

These loss settlement provisions apply equally to claims made under Coverage C (Personal Property) if replacement cost coverage for personal property was purchased prior to the loss.

(6) In the event of a loss relating to a state of emergency as defined in Section 8558 of the California Government Code, coverage for **Additional Living Expense** shall be for a period of no less than 24 months from the inception of the loss.  An extension of up to 12 additional months, for a total of 36 months, shall be granted if **you** are acting in good faith and with reasonable diligence in the repair, replacement or rebuilding of **your** covered loss but are subject to delays that are the result of circumstances beyond **your** control, such as unavoidable construction permit delays, lack of necessary construction materials, or lack of available contractors to perform the necessary work.  Additional extensions of six (6) months may be provided for good cause pursuant to Section 2051.5 of the California Insurance Code.

---

## SECTION II – CONDITIONS

Item 8, Judgment Secured Against the Insured, is added.

8. **Judgment Secured Against the Insured.**  If a judgment is secured against the **insured** or the executor or administrator of a deceased **insured** in an action based upon **bodily injury**, death, or **property damage**, then an action may be brought against the insurer on the policy and subject to its terms and limitations, by such judgment creditor to recover on the judgment.

Item 9, Polling Place for State or Local Election, is added.

9. **Polling Place for State or Local Election.**  The policy shall cover liability incurred by the insured in connection with the use of the residential property for a polling place for any state or local election, under the same terms and conditions as for other liability covered by the policy.

---

**SECTIONS I AND II – CONDITIONS**

Item 6, Cancellation, is deleted in its entirety and replaced by the following:

6. **Cancellation.**
a.  **You** may cancel this policy at any time by returning it to **us** or by letting **us** know in writing of the date cancellation is to take effect.
b.  **We** may cancel this policy only for the reasons stated below by letting **you** know in writing of the date cancellation takes effect. This cancellation notice may be delivered to **you**, or mailed to **you** at **your** mailing address shown in the Declarations. Proof of mailing will be sufficient proof of notice.
   (1) When **you** have not paid the premium, **we** may cancel at any time by letting **you** know at least 10 days before the date cancellation takes effect.
   (2) When this policy has been in effect for less than 60 days and is not a renewal with **us**, **we** may cancel for any reason by letting **you** know at least 20 days before the date cancellation takes effect.
   (3) When this policy has been in effect for 60 days or more, or at any time if it is a renewal with **us**, **we** may cancel if there has been:
      (a) Conviction of the **named insured** of a crime having one of its necessary elements an act increasing any hazard insured against;
      (b) Discovery of fraud or material misrepresentation by either of the following:
         I.     **you** or **your** representative in obtaining the insurance, or
         II.    **you** or **your** representative in pursuing a claim under this policy.
      (c) Discovery of grossly negligent acts or omissions by **you** or **your** representative substantially increasing any of the hazards insured against.
      (d) Physical changes in the insured property which result in the property becoming uninsurable. This can be done by letting **you** know at least 20 days before the date cancellation takes effect.
c.  When this policy is terminated for any reason, or there is a reduction in coverage, **we** shall tender the gross unearned premium resulting from the termination, or the amount of the unearned premium generated by the reduction in coverage, to **you** or, pursuant to Section 673, to **your** premium finance company. The gross unearned premium shall be tendered within 25 business days after **we** either receive notice of the event that generated the gross unearned premium, or receive notice from a premium finance company of a cancellation.
d.  If the return premium is not refunded with the notice of cancellation or when this policy is returned to **us**, **we** will refund it within a reasonable time after the date cancellation takes effect.

Item 7, Non-Renewal, is deleted in its entirety and replaced by the following:

7. **Non-Renewal.**
**We** may elect not to renew this policy.  **We** may do so by delivering to **you**, or mailing to **you** at **your** mailing address shown in the Declarations, written notice at least 75 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

ASIS-END-M3S (Ed. 1)
Registered Domestic Partner Coverage

**This endorsement changes your policy.  Please read it carefully.**

As required by Section 381.5 of the California Insurance Code, this policy provides coverage for the **registered domestic partner** of an **insured** that is equal to, and subject to the same terms and conditions as, the coverage provided to a spouse of an insured.

A **"registered domestic partner"** is someone who has filed a Declaration of Domestic Partnership with the California Secretary of State with the **insured** and who meets the definition of "domestic partner" contained in Section 297 of the California Family Code.

All other terms and conditions of the policy remain unchanged.

ASIS-END-M4S-HO (Ed. 1)
Workers' Compensation for Residence Employees

**We** agree, with respect to residence employees:

### Under Coverage I
To pay when due all benefits required of an insured by the California Workers' Compensation Law; and

### Under Coverage II
To pay on behalf of an **insured** all damages for which the **insured** is legally liable because of the **bodily injury** sustained by a **residence employee**. The **bodily injury** must be caused by accident or disease and arise out of and in the course of employment by the **insured** while:
a. in the United States of America, its territories or possessions, or Canada, or
b. temporarily elsewhere if the **residence employee** is a citizen or resident of the United States or Canada.

Coverage II does not apply to any suit brought in or judgment rendered by any court outside the United States of America, its territories and possessions, or Canada, or to any action on such judgment.

### Who Is Covered
A **residence employee** is covered if during the 90 calendar days immediately before the date of injury the employee has:
a. actually been engaged in such employment by the **insured** for no less than 52 hours, and
b. earned no less than one hundred dollars ($100) in wages.

### Application of Coverage
This insurance applies only to **bodily injury** which occurs during the policy period. If the **bodily injury** is a disease, it must be caused or aggravated by the conditions of the **residence employee's** employment by the **insured**.

### Policy Provisions
This insurance is subject to all the provisions of this endorsement and the following provisions of this policy:
a. Under Section I and II – Conditions:
    5. Waiver or Change of Policy Provisions;
    6. Cancellation;
    8. Assignment;
    9. Subrogation.
b. Under Section II – Conditions:
    2. Duties After Loss;
    5. Suit Against **Us**.
c. **Our** agreement to defend the **insured** as provided under Coverage E – Personal Liability.
d. Under Section II – Additional Coverages:
    1. Claim Expenses;
    2. First Aid Expenses.
e. The definition of "**bodily injury**," "**business**," "**insured**" and "**residence employee**."

### Additional Provisions Applicable to Coverage I
The following provisions are applicable to Coverage:
a. **We** shall be directly and primarily liable to any **residence employee** of an **insured** entitled to the benefits of the California Workers' Compensation Law.

b. As between the **residence employee** and **us**, notice to or knowledge of the **occurrence** of the injury on the part of an **insured** will be deemed notice or knowledge on **our** part.

c. The jurisdiction of an **insured** will, for the purpose of the law imposing liability for compensation, be **our** jurisdiction.

d. **We** will be subject to the orders, findings, decisions or awards rendered against an **insured**, under the provisions of the law imposing liability for compensation, subject to the provisions, conditions and limitations of this policy. This policy shall govern as between an **insured** and **us** as to payments by either in discharge of an **insured's** liability for compensation.

e. The **residence employee** has a first lien upon any amount which **we** owe **you** on account of this insurance. In case of **your** legal incapacity or inability to receive the money and pay it to the **residence employee**, **we** will pay it directly to the **residence employee**. **Your** obligation to the **residence employee** will be discharged to the extent of such payment.

### Limits of Liability Coverage II

**Our** total limit of liability will not exceed $100,000 for all damages because of bodily injury:

a. sustained by one or more **residence employees** in any one accident; or

b. caused by disease and sustained by a **residence employee**.

**Our** total limit of liability will not exceed $500,000 for all damages arising out of **bodily injury** by disease regardless of the number of **residence employees** who sustain **bodily injury** by disease.

### Other Insurance

This insurance does not apply to any loss to which other valid and collectible Workers' Compensation or Employers' Liability Insurance applies.

### Conformity to Statute

Terms of this insurance which are in conflict with the California Workers' Compensation Law are amended to conform to that law.

### Exclusions

This policy does not apply:

a. to liability for additional compensation imposed on an **insured** under Sections 4553 and 4557 Division IV, Labor Code of the State of California, because of the serious and willful misconduct of an **insured**, or because of **bodily injury** to an employee under 16 years of age and illegally employed at the time of injury;

b. to liability for **bodily injury** arising out of **business** pursuits of an **insured**.

c. Under Coverage II:

   1. to liability assumed by the **insured** under any contract or agreement.

   2. to **bodily injury** by disease unless a written claim is made or suit brought against the **insured** within 36 months after the end of the policy period.

   3. to any obligation under a workers' compensation, unemployment or disability benefits law or any similar law.

ASIS-END-M7S (Ed. 3)
Inflation Guard

**This endorsement changes your policy.  Please read it carefully.**

A 3% increase to the limit of liability shown on the Declarations page of the policy for the insured dwelling (Coverage A), other structures (Coverage B), personal property (Coverage C), and loss of use (Coverage D) will be applied at renewal, subject to the maximum allowable coverage limits for Coverages B, C and D.

All other terms and conditions of the policy remain unchanged.

ASIS-END-M8S (Ed. 1)
Property Held by Legal Entity

**This endorsement changes your policy.  Please read it carefully.**

If the **insured** named in the Declarations is a legal entity and not an individual, the coverage afforded by this policy applies only to loss relating to or arising out of the **residence premises**.

All other terms and conditions of the policy remain unchanged.

ASIS-END-M16S (Ed. 2)
Increased Deductible for Loss or Damage Caused by Tenants

**This endorsement changes your policy.  Please read it carefully.**

It is understood and agreed that if a loss occurs due to a Peril Insured Against which is caused by a present or past tenant of the **residence premises**, then that loss is considered to be a **"Tenant Caused Loss."**

**We** will only be liable for that portion of a **Tenant Caused Loss** that exceeds the **Tenant Caused Loss** Deductible of $5,000, up to the limits of the policy as stated in the Declarations page.  However, if a higher policy deductible is stated in the Declarations page, then **we** will only be liable for that portion of a **Tenant Caused Loss** that exceeds the policy deductible, up to the limits of the policy as stated in the Declarations page.

This endorsement does not extend or expand the perils insured under this policy.

All other terms and conditions of the policy remain unchanged.

ASIS-END-M22S (Ed. 1)
Terrorism and War Exclusion

**This exclusion applies to all coverages provided by this policy including any and all endorsements.**

**This endorsement changes your policy.  Please read it carefully.**

This insurance excludes all loss, damage, injury, liability, cost or expense of whatsoever nature directly or indirectly caused by, resulting from or in connection with any of the following regardless of any other cause or event contributing concurrently or in any other sequence to the loss, including all loss, damage, injury, or liability arising out of any act by any government authority for the purpose of preventing, terminating, countering or responding to any act of or threat of the following:

1. **Terrorism**; or
2. **War.**

This endorsement excludes all loss, damage, injury, liability, cost or expense of whatsoever nature directly or indirectly caused by, resulting from or in connection with any action taken in controlling, preventing, suppressing or in any way relating to limiting loss caused by **War** or **Terrorism.**

When state law requires us to provide the peril of fire on a particular coverage, we will comply, but only to the minimal extent required by law.

In the event, this policy including any and all endorsements has an exclusion for war applicable to a coverage in question, the definition of war found in this endorsement will be used in place of the other definition of war.

In the event any portion of this endorsement is found to be invalid or unenforceable, the remainder shall remain in full force and effect.

**"Terrorism"** means any act or action, or actual, impending or the threatened or expected act or action against person(s), property or communication/information system(s),
1. including but not limited to the use of force or violence and/or threat thereof,
   a. of any person or group(s) of persons,
   b. whether acting alone or on behalf of or in connection with any organization(s) or government(s),
2. motivated by or committed for political, religious, social, racial, ethnic, ideological, philosophical or similar purposes (whether the loss, damage or injury resulting therefrom is accidental or intentional),
   a. including the intention to put the public, or any sector of the public, in fear, and/or
   b. to intimidate, coerce or punish any sector of the public or government, and/or
   c. to influence any government or government entity, and/or
   d. to disrupt any segment of the economy including disrupting or interfering with electronic or communication/information system(s) including system's hardware and software.

**"War"** means any hostile or warlike act or action in time of peace or war, including action in hindering, combating or defending against an actual, impending, threatened, or expected attack by:
1. military, naval or air forces;
2. any government or sovereign power (de jure or de facto);
3. any other authority using military personnel or other agents
4. any authority maintaining or using military, naval or air forces;
5. an agent of such government, power, authority, or forces;

6.  or including invasion;
7.  insurrection;
8.  rebellion;
9.  revolution;
10. civil war; and/or
11. usurped power;

discharge of a nuclear weapon will be deemed a warlike act even if accidental.

ASIS-END-M26S-HO (Ed. 3)
Limited Animal Liability Coverage

**This endorsement changes your policy.  Please read it carefully.**

Under SECTION II – EXCLUSIONS, item 2.h. and 3.e. are hereby deleted.

The following is added to your policy:

For additional premium, this policy provides limited coverage for liability arising from dogs, domestic cats, or birds. This coverage is limited to the amount of coverage indicated in the policy Declarations. This coverage does not apply, at any time, regardless of cause, to any liability arising from any animal other than a dog, domestic cat, or bird.  There is no coverage for liability arising out of any of the following breeds of dogs:

   a.   Pit Bulls;
   b.   Doberman Pinschers;
   c.   Rottweilers;
   d.   German Shepherds;
   e.   Chows;
   f.   Akitas;
   g.   Huskies;
   h.   Malamutes;
   i.   Mastiffs;
   j.   Stafford Shire Terriers.

There is no coverage for any liability arising from:

   a.   any dog that is a mixed breed that includes any of the above listed dog breeds; or
   b.   any dog known by breed to be vicious; or
   c.   any dog-wild animal hybrid; or
   d.   any animal with a previous bite history.

**We** shall have no duty to defend or indemnify any claim or "suit" seeking damages caused by or arising out of the actions of any animal excluded herein, including but not limited to negligent supervision of any animal excluded herein.

All other terms and conditions of the policy remain unchanged.

ASIS-END-M27D (Ed. 2)
Replacement Cost Coverage for Roofing and Roof Components

This endorsement changes your policy.  Please read it carefully.

---

SECTION I – CONDITIONS

---

Items 3.a. and 3.b. are hereby deleted and replaced in their entirety by the following:

**3.** **Loss Settlement.**  Covered property losses are settled as follows:
   a.   (1)  Personal property;
        (2)  Awnings, carpeting, domestic appliances, outdoor antennas and outdoor equipment including
             heating and cooling units, whether or not attached to buildings; and
        (3)  The roof and roof components of the dwelling or covered other structures
        at replacement cost without deduction for depreciation but not more than the amount required to
        repair or replace.
   b.   (1)  Structures that are not buildings; and
        (2)  If the **residence premises** is **unoccupied**, the roof or roof components of the dwelling or covered
             other structures
        at **actual cash value** at the time of loss but not exceeding the amount required to repair or replace.
   The above loss settlement conditions do not include any increased cost incurred to comply with the
   enforcement of any ordinance, law, or building code upgrade except to the extent that coverage for
   these increased costs is provided elsewhere in this policy.

All other terms of this policy remain unchanged.

ASIS-END-M42S (Ed. 2)
Subletting Exclusion Endorsement

**This endorsement changes your policy.  Please read it carefully.**

It is understood and agreed that the Company will not provide coverage for a loss that occurs while all or any portion the **insured location** is sublet, leased or rented to any person or entity by a tenant or guest of the **insured**, regardless of the cause of loss.

All other terms and conditions of this policy remain unchanged.

ASIS-END-O3D (Ed. 2)
Water Backup Coverage

**This endorsement changes your policy.  Please read it carefully.**

In SECTION I – EXCLUSIONS, the following exclusion:

3.  **Water Damage.**  We do not insure loss or damage which consists of, is composed of or which is **water** damage, unless caused by fire or lightning.  This exclusion includes, but is not limited to:
    a.  A **water-reverse flow**;
    b.  **Water** which backs up through sewers or drains or overflows or is otherwise discharged from a sump, sump pump or related equipment;
    c.  **Water** from any source whatsoever, on or below the surface of the ground, whether natural or otherwise; or
    d.  Flood, including debris flow and mud flow, any form of surface **water**, waves, tsunami, seiche, tidal **water**, tidal waves, storm surge or overflow or escape of a body of **water**, or spray from any of these, whether or not driven by wind.

    This **water** exclusion applies even if **water** combines or contributes in any way with any other excluded cause of loss or damage hereunder to cause loss or damage, including, but not limited to, fungi, mold, pollutants or any similar substance.

is deleted and replaced by:

3.  **Water Damage.**  We do not insure loss or damage which consists of, is composed of or which is **water** damage, unless caused by fire or lightning.  This exclusion includes, but is not limited to:
    a.  A **water-reverse flow**;
    b.  **Water** which overflows or is otherwise discharged from a sump, sump pump or related equipment;
    c.  **Water** from any source whatsoever, on or below the surface of the ground, whether natural or otherwise; or
    d.  Flood, including debris flow and mud flow, any form of surface **water**, waves, tsunami, seiche, tidal **water**, tidal waves, storm surge or overflow or escape of a body of **water**, or spray from any of these, whether or not driven by wind.

    This **water** exclusion applies even if **water** combines or contributes in any way with any other excluded cause of loss or damage hereunder to cause loss or damage, including, but not limited to, fungi, mold, pollutants or any similar substance.

The limit of liability for losses resulting from water which backs up from a sewer or drain is specified in the Declarations. The limit of liability for Water Backup Coverage is the maximum **we** will pay for loss to **your** dwelling, personal property, and loss of use, if applicable.

All other terms and conditions of the policy remain unchanged.

ASIS-END-O4D (Ed. 2)
Ordinance or Law Coverage

**This endorsement changes your policy.  Please read it carefully.**

For an additional premium, loss or damage by a Peril Insured Against to **residence premises** will be settled including the reasonable additional costs due to required compliance with any ordinance or law that regulates the construction, repair or demolition of **residence premises**.

The limit of this coverage is 10% of **your** Coverage A limit, unless a higher limit is shown in the Policy Declarations.

This limit of coverage does not provide coverage for:

1. Loss in value to any dwelling or other structure due to the requirements of any ordinance or law.
2. The costs of complying with any ordinance or law requiring testing, monitoring, clean up, removal, containment, remediation and / or abatement of any lead or asbestos containing materials or any other response to or assessment of pollutants in or on any covered dwelling or structure.

"Pollutants" includes any solid, liquid or gas, irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals or waste, and including but not limited to lead, asbestos, or lead or asbestos containing materials and waste or other substances known to be harmful to human health.  Waste includes material to be recycled, reconditioned or reclaimed.

All other terms and conditions of the policy remain unchanged.

ASIS-END-O10D (Ed. 2)
Personal Injury Coverage

**This endorsement changes your policy.  Please read it carefully.**

For an additional premium, under Coverage E – Personal Liability or Coverage L – Premises Liability, the definition of "**bodily injury**" is amended to include personal injury.

"**Personal injury**" means injury arising out of one or more of the following offenses.
1. False arrest, detention or imprisonment, or malicious prosecution;
2. Libel, slander or defamation of character; or
3. Invasion of privacy, wrongful eviction or wrongful entry.

Section II Exclusions do not apply to personal injury.

**Exclusions:**

**Personal injury** does not include any of the following.
1. Liability assumed by an **insured** under any contract or agreement.  This does not include any indemnity obligations assumed by an **insured** under a written contract directly relating to the ownership, the maintenance or the use of the premises.
2. Injury caused by a violation of a penal law or ordinance committed by or with the knowledge or consent of an **insured**.
3. Liability or injury arising out of an act committed by an **insured** when that **insured** knew the act would violate another's rights and result in personal injury.
4. Libel, slander or defamation arising out of publication of material by the **insured** or at the **insured's** direction when the **insured** knew the material was false.
5. Libel, slander or defamation arising out of a publication of material when the first publication of the material occurred prior to the inception of this policy.
6. Liability or injury resulting from exposure to pollutants, mold or fungi.
7. Liability or injury arising out or communicable disease.
8. Liability or injury arising out of the actual, alleged, or threatened sexual molestation of any person.
9. Injury sustained by any person as a result of an offense directly or indirectly related to the employment of this person by the "insured."
10. **Bodily injury** arising out of or in connection with a **business** engaged in by an **insured**. This exclusion applies, but is not limited to, an act or omission, regardless of its nature or circumstance, involving a service or duty that is rendered, that is promised, that is owed or that is implied to be provided because of the nature of the **business**.
11. Civic or public activities performed for pay by an **insured**.
12. Injury to **you** or an **insured**.

All other terms and conditions of the policy remain unchanged.

ASIS-END-O30D-DIC (Ed. 1)
Limited Water Coverage

This endorsement changes your policy.  Please read it carefully.

Item 3. **Water Damage** in Section I – Exclusions is hereby deleted.
Item 1.s. in Section II – Exclusions is hereby deleted.

The following coverage is hereby added to Section I – Property Coverages and Section II – Liability Coverages of the policy with a total aggregate limit for all coverages applied to all losses covered hereunder equal to the amount specified in the policy Declarations Page for "**Limited water coverage**".  This **Limited Water Coverage** is not additional insurance.

**Limited Water Coverage**

**We** provide limited coverage for accidental, direct, distinct and demonstrable, physical **water** damage of covered property from direct contact with **water**, but only if the **water** results from:
1. The melting of a build-up of ice on portions of the roof or roof gutters on the **residence premises**.
2. The freezing of and a discharge, leakage or release of **water** as a result of freezing from the plumbing system, heating, air-conditioning or automatic fire protection system or a household appliance.  We only cover the **water** damage from freezing if you, or any delegee, have used reasonable care to:
   a. Maintain heat in the dwelling or a heated **residence premises**; or
   b. Shut off the **water** supply and drain the plumbing system, other system or household appliance of **water**.
   In this subsection 2. we will cover loss or damage from freezing to the covered heating, air-conditioning or automatic fire protection system, or plumbing system, except for an exterior landscape irrigation system or a household appliance from which the **water** discharged, erupted, released or overflowed.  Heat turned off is not reasonable care unless you have complied with subsection 2.b..
3. A sudden and accidental discharge, eruption, overflow or release of **water**, other than a **water-reverse flow**, from within any portion of:
   a. A plumbing system;
   b. A heating or air-conditioning system;
   c. An automatic fire protection system; or
   d. A household appliance;
   provided the discharge, eruption, overflow or release of **water** is not directly or indirectly caused by, or arises out of or results from flood, including debris flow and mud flow, from any form of surface **water**, waves, tsunami, seiche, tidal **water**, tidal waves, storm surge or overflow or escape of a body of **water**, or spray from any of these, whether or not driven by wind.

   A sudden and accidental discharge, eruption, overflow or release of **water** does not include a constant or repeating or gradual slow release of **water** or the infiltration of **water** over a period of days, weeks or months, regardless of the volume of **water** involved.

The limited coverage for **water** damage in 3 (a-d) above applies even if the sudden, accidental discharge, eruption, overflow or release of **water** is caused by any of the exclusions contained in the Section I – Exclusions or Section II – Exclusions.

Coverage under items 2. and 3. above is limited to the sudden and accidental damage caused by the **water**.  We do not cover the system or appliance from which the **water** escaped.

All other terms and conditions of the policy remain unchanged.

ASIS-END-O32S (Ed. 1)
Evacuation Reimbursement Coverage

**This endorsement changes your policy.  Please read it carefully.**

In SECTION I – ADDITIONAL COVERAGES, the following additional coverage is added to your policy:

8.    **Evacuation Reimbursement.  We** will pay up to the limit of liability specified in the Declarations for evacuation reimbursement when all of the following conditions are satisfied:

a.    The **insured** is under a mandatory evacuation order for the **residence premises** due to a wildfire event;

b.    The **residence premises** is occupied as the **insured's** primary residence and the **insured** was staying in the **residence premises** at the time of the mandatory evacuation order;

c.    The **insured** has a California FAIR Plan or equivalent policy in-force at the time of the mandatory evacuation order providing fire coverage for the **residence premises**;

d.    Upon return to the **residence premises** after the mandatory evacuation order is lifted, there is no damage to the **residence premises** and the **insured** has no claim for loss with and receives no payment from the California FAIR Plan or equivalent fire policy insuring the **residence premises** for the wildfire event that caused the mandatory evacuation, including Loss of Use, Additional Living Expense or Fair Rental Value coverage of any kind.

Evacuation reimbursement coverage will provide reimbursement to the **insured** for **your** actual expenses for food, meals and lodging during the time the **insured** was under the mandatory evacuation order.  There is no policy deductible applied to this evacuation reimbursement coverage.

All other terms and conditions of the policy remain unchanged.

DB-END-O33S-DIC (Ed. 1)
Equipment Breakdown Enhancement Endorsement

**This endorsement changes your policy.  Please read it carefully.**

This endorsement modifies insurance provided by the following:

HOMEOWNERS POLICY – DB-POL-DIC-3
RENTERS POLICY – DB-POL-DIC-4
UNIT OWNERS POLICY - DB-POL-DIC-6

Read the entire endorsement carefully to determine rights, duties and what is and is not covered.

**Equipment Breakdown coverage is subject to a $100,000 per Occurrence Limit of Liability.**
**Equipment Breakdown coverage is subject to a $500 per Occurrence Deductible.**

DEFINITIONS

The following Definitions are added:

19. **"Equipment Breakdown"** as used herein means:
    a. Physical loss or damage both originating within:
       (1) Boilers, fired or unfired pressure vessels, vacuum vessels, and pressure piping, all normally subject to vacuum or internal pressure other than static pressure of contents, excluding:
           (a) Waste disposal piping;
           (b) Any piping forming part of a fire protective system; and
           (c) Any water piping other than:
               (i)   Boiler feed water piping between the feed pump and the boiler;
               (ii)  Boiler condensate return piping; or
               (iii) Water piping forming part of a refrigerating or air conditioning system used for cooling, humidifying or space heating purposes
       (2) All mechanical, electrical, electronic or fiber optic equipment; and
    b. Caused by, resulting from, or consisting of:
       (1) Mechanical breakdown;
       (2) Electrical or electronic breakdown; or
       (3) Rupture, bursting, bulging, implosion, or steam explosion.

However, **equipment breakdown** will not mean:
    a. Physical loss or damage caused by or resulting from any of the following; however, if loss or damage not otherwise excluded results, then we will pay for such resulting damage:
       (1) Wear and tear;
       (2) Rust or other corrosion, decay, deterioration, hidden or latent defect, mold or any other quality in property that causes it to damage or destroy itself;
       (3) Smog;
       (4) Settling, cracking, shrinking or expansion;
       (5) Nesting or infestation, or discharge or release of waste products or secretions, by birds, rodents or other animals;
       (6) Any accident, loss, damage, cost, claim, or expense, whether preventative, remedial, or otherwise, directly or indirectly arising out of or relating to the recognition, interpretation, calculation,

comparison, differentiation, sequencing, or processing of data by any computer system including any hardware, programs or software; or

(7)  Marring or scratching.

b.  Loss, damage, cost or expense directly caused by, contributed to by, resulting from or arising out of the following causes of loss:

Fire, lightning, combustion explosion, windstorm or hail, weight of snow, ice or sleet, falling objects, smoke, aircraft or vehicles, riot or civil commotion, vandalism, sinkhole collapse, volcanic action, leakage from fire extinguishing equipment, water damage, earth movement and flood.

20.  **"Green**" as used herein means products, materials, methods and processes certified by a **green authority** that conserve natural resources, reduce energy or water consumption, avoid toxic or other polluting emissions or otherwise minimize environmental impact.

21.  **"Green Authority**" as used herein means an authority on **green** buildings, products, materials, methods or processes certified and accepted by Leadership in Energy and Environmental Design (LEED®), Green Building Initiative Green Globes®, Energy Star Rating System or any other recognized **green** rating system.

22.  **"Motor vehicle"** means any self-propelled land or amphibious vehicle

23.  **"Reasonable extra cost**" shall mean the extra cost of temporary repair and of expediting the repair of such damaged equipment of the **insured**, including overtime and the extra cost of express or other rapid means of transportation.

## SECTION I – ADDITIONAL COVERAGES

The following Additional Coverages are added as a part of, and not in addition to, the limit per loss:

10.  **Expediting Expense**. **We** will pay for the expediting expense loss resulting from an **equipment breakdown** with respect to **your** damaged covered property.  **We** will pay the **reasonable extra cost** to:

a.  Make temporary repairs;
b.  Expedite permanent repairs; and
c.  Expedite permanent replacement.

The most **we** will pay for loss or damage under this Additional Coverage is $10,000.

11.  **Spoilage Coverage**. **We** will pay for loss of perishable goods due to spoilage resulting from lack of power, light, heat, steam or refrigeration caused by an **equipment breakdown** to personal property covered by this policy.

The most **we** will pay for loss or damage under this Additional Coverage is $10,000.

12.  **Pollutant Clean Up and Removal**. **We** will pay for the pollutant clean up and removal for loss resulting from an **equipment breakdown**.

The most **we** will pay for loss or damage under this Additional Coverage is $10,000.

13. **Off – Premises Coverage**. **We** will pay for loss or damage to covered property resulting from a covered **equipment breakdown** while temporarily at a premises or location that is not a **residence premises**. This coverage does not apply to any **motor vehicle**.

The most **we** will pay for loss or damage under this Additional Coverage is $10,000.

**SECTION I – PERILS INSURED AGAINST**

<u>RENTERS POLICY – DB-POL-DIC-4</u>
<u>UNIT OWNERS POLICY- DB-POL-DIC-6</u>

The following Perils Insured Against is added:

6. **Equipment breakdown.**

The following Perils Insured Against is modified and replaced with:

4. **Sudden and accidental damage from artificially generated electrical current.**

<u>HOMEOWNERS POLICY – DB-POL-DIC-3</u>

**Coverage A – Dwelling And Coverage B – Other Structures** includes **equipment breakdown.**

The following Perils Insured Against is modified and replaced with the following:

18.b.  Latent defect or inherent vice;

**Coverage C – Personal Property**

The following Perils Insured Against is added:

6. **Equipment breakdown.**

The following Perils Insured Against is modified and replaced with:

4. **Sudden and accidental damage from artificially generated electrical current.**

**SECTION I – CONDITIONS**

The following Condition is modified and replaced with:

3. **Loss Settlement**. **We** will pay **you** the amount **you** spend to repair or replace **your** covered property damaged by an **equipment breakdown**.

   a. **Our** payment will be the lesser of:

   (1) The cost at the time of the **equipment breakdown** to repair the damaged covered property;
   (2) The cost at the time of the **equipment breakdown** to replace the covered property with property of like kind, capacity, size and quality; or
   (3) The amount **you** actually spend that is necessary to repair or replace the damaged property.

b.  As respects **your** covered property, if the cost of repairing or replacing only a part of the covered property is greater than:

    (1)    The cost of repairing the covered property; or
    (2)    The cost of replacing the entire covered property on the same site,

    **We** will pay the lesser amount.

    The repair parts or replacement covered property must be:

    (1)    Of like kind, capacity, size and quality; and
    (2)    Used for the same purpose.

The following Conditions are added:

17.  **Equipment breakdown** coverage does not extend beyond the **residence premises** except as provided under the Additional Coverage for Off-Premises Coverage.

    (16. in **DB-POL-DIC-4**)

18.  **Green Environmental, Safety, and Efficiency Improvements**. If covered property requires repair or replacement due to an **equipment breakdown**, **we** will pay:

a.  The additional cost to repair or replace that property with equipment that is better for the environment, safer, or more efficient than the equipment being repaired or replaced.
b.  The additional reasonable and necessary fees incurred by the **insured** for an accredited professional certified by a **green authority** to participate in the repair or replacement of physically damaged covered property as **green**.
c.  The additional reasonable and necessary cost incurred by the **insured** for certification or recertification of the repaired or replaced covered property as **green**.
d.  The additional reasonable and necessary cost incurred by the **insured** for **green** in the removal, disposal or recycling of damaged covered property.
e.  The Loss of Use (if covered within the policy to which this Equipment Breakdown Enhancement Endorsement is attached) loss during the additional time required for repair or replacement of covered property, consistent with **green,** in the coverages above.

    However, **we** will not pay more than 150% of what the cost would have been to repair or replace such property with like kind and quality inclusive of fees, costs, and any loss of use loss incurred as stated above.

    (17. in **DB-POL-DIC-4**)

These Conditions will be part of, and not an addition to, the limit of liability per loss or any other sublimits of this policy.

All other terms and conditions of the policy remain unchanged.

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

_ Foreign agents;

_ Front organizations;

_ Terrorists;

_ Terrorist organizations; and

_ Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http://www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

**POLICY SERVICE & REPORTING OF CLAIMS**

Note:  You must refer to your policy number when asking for information or reporting a claim.

## Aegis General Insurance Agency

**Physical Address**
**5675 Ruffin Road Suite 150**
**San Diego, CA 92153**

**Mailing Address**
**PO BOX 889004**
**San Diego, CA 92168-9004**

**Phone Numbers and Facsimile**
**Toll Free for Claims: (800) 233-2160**
**Toll Free for Policy Service: (844) 207-4339**
**Facsimile: (717) 775-8663**

---

If you have a complaint, the following should be contacted <u>only</u> after you have contacted your agent, broker or insurance company and they have failed to produce a satisfactory solution.

Consumer Services Bureau
California Department of Insurance
300 South Spring Street
Los Angeles, CA 90013
(800) 927-4357
http://www.insurance.ca.gov

---

CASERVICE Ed.3



### Notice of Privacy Policy

The trust of our customers is Aegis General Insurance Agency's most valuable asset. Aegis General Insurance Agency safeguards that trust by keeping nonpublic personal information about customers in a secure environment and using that information in accordance with this Privacy Policy. We value you as a customer and take your personal privacy seriously. We will inform you of our policies for collecting, using, securing, and sharing nonpublic personal information ("customer information") the first time we do business and every year that you are an Aegis customer.

This Privacy Policy includes examples of the types of nonpublic personal information we collect and the kinds of companies with whom we share such information. These examples are illustrative and should not be considered a complete inventory of our information collection, use, and sharing practices. In addition, you may have other privacy protections under some state laws. We will comply with applicable state laws regarding information about you. For example, certain state laws may restrict the types of information we may disclose about you or require us to provide you with additional notices.

Please note that this Privacy Policy will not apply to your relationships with other financial service providers, such as banks, credit card issuers, finance companies, and independent insurance agencies that are not a part of Aegis General Insurance Agency. Their privacy policies will govern how they collect, use, and disclose personal information that you allow them to access.

Below is Aegis General Insurance Agency's privacy pledge to our customers:

### Information We May Collect

Aegis General Insurance Agency may collect nonpublic personal information about you from the following sources:

- Information we receive from you (or is provided to us on your behalf) on applications and other forms, such as your name, address, telephone number, employer, and income. This includes information received through telephone or in-person interviews, your Aegis producer, and/or our Customer Service representatives;

- Information about your transactions with the companies of Aegis General Insurance Agency or other nonaffiliated parties, such as your name, address, telephone number, age, credit card usage, insurance coverage, transaction history, claims history, and premiums;

- Information from consumer reporting agencies, public records, and data collection agencies, such as your obligations with others and your creditworthiness;

- Information you provide to us on applications or from health care providers, such as doctors and hospitals, to determine your past or present health condition. Health information will be collected as we deem appropriate to determine eligibility for coverage, to process claims, to prevent fraud, and as authorized by you, or as otherwise permitted or required by law.

### How We Use Information About You

We use customer information to underwrite your policies, process your claims, ensure proper billing, service your account, and offer you other Aegis insurance products that we believe may suit your needs.

### Information Disclosure

Aegis General Insurance Agency may disclose all of the nonpublic personal information described above, as permitted by law. For example, we may use affiliated and nonaffiliated parties to perform services for us, such as providing customer assistance, handling claims, protecting against fraud, and maintaining software for us. We may also disclose information in response to requests from law enforcement agencies or State Insurance authorities.

We do not sell lists of our customers, nor do we disclose customer information to marketing companies outside Aegis General Insurance Agency.

### Information Regarding Former Customers

Aegis General Insurance Agency does not disclose nonpublic personal information about former customers or customers with inactive accounts, except in accordance with this Privacy Policy.

### Changes to This Privacy Policy

We reserve the right to modify or supplement this Privacy Policy at any time. If we make material changes, we will provide current customers with a revised notice that describes our new practices.

### Aegis General Insurance Agency Protects Customer Information

We maintain physical, electronic, and organizational safeguards to protect customer information. We continually review our policies and practices, monitor our computer networks, and test the strength of our security in order to help us ensure the safety of customer information.

PRVAGIA 1/2020

# CALIFORNIA
# RACE, NATIONAL ORIGIN & GENDER FORM

### Community Service Statement

DB Insurance Co., Ltd. (U.S. Branch)
Anaheim, CA

_____ 0216610915 _____ Policyholder Number (for New Business Only)

This information is requested by the State of California in order to monitor the insurer's compliance with the law.  All new policyholders are requested to voluntarily provide the following information.

No such information shall be used for purposes of underwriting or rating any policyholder.

Policyholder's Name and Address (to be provided in order to refer back to the policy)
Note:  use additional forms if needed.

_____

_____

_____

### Policy Type

Fire Personal                    _____          Fire Commercial                    _____
Homeowners                    _____
Private Passenger Auto Liability   _____          Commercial Multi-Peril           _____

- If policyholder does not wish to provide the Department of Insurance with this information, please check here.   _____

Check the Race or National Origin as it applies to the policyholder (s).  For the purpose of completing this form, the policyholder is defined as:  individual, spouse, domestic partner, or business partner (s) named on the policy.

|  | POLICYHOLDER | | | | CO-POLICYHOLDER | | | |
|---|---|---|---|---|---|---|---|---|
|  | Male | Female | Non-Binary | Business | Male | Female | Non-Binary | Business |
| African American |  |  |  |  |  |  |  |  |
| American Indian or Alaskan Native |  |  |  |  |  |  |  |  |
| Asian/Pacific Islander |  |  |  |  |  |  |  |  |
| Latino |  |  |  |  |  |  |  |  |
| White |  |  |  |  |  |  |  |  |
| Other |  |  |  |  |  |  |  |  |

CSS 1/2020

EXHIBIT "C"

Electronically FILE | Superior Court of California, County of Riverside on 02/2024 12:45 AM
Case Number CVME2405570 0000112711978 - Jason B. Galkin, Executive Officer/Clerk of the Court By Jennifer Smith, Clerk **PLD-PI-001**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: **320475** |
| NAME: **Stacy Augustine, Esq.** | |
| FIRM NAME: **AUGUSTINE LAW CORP.** | |
| STREET ADDRESS: **27141 Base Line Street, Suite 2** | |
| CITY: **Highland**   STATE: **CA**   ZIP CODE: **92346** | |
| TELEPHONE NO.: **(909) 672-7004**   FAX NO.: **(909) 503-0773** | |
| EMAIL ADDRESS: **stacy@augustine.law** | |
| ATTORNEY FOR *(name)*: **Plaintiff, Ian Gibbins** | |

*FOR COURT USE ONLY*

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** RIVERSIDE
STREET ADDRESS: **27401 Menifee Center Drive**
MAILING ADDRESS: **Same as above.**
CITY AND ZIP CODE: **Menifee 92584**
BRANCH NAME: **Menifee Justice Center**

PLAINTIFF: Ian Gibbins

DEFENDANT: Rancho Trapeze Resort, LLC; Temecula Rancho Cielo, LLC; Gloria
[✔] DOES 1 TO 100       Gaona; Julio Gaona; Rosalba Schimmel; and

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] **AMENDED** *(Number):*
Type *(check all that apply):*
[ ] **MOTOR VEHICLE**   [✔] **OTHER** *(specify):* Premises Liability
[ ] **Property Damage**   [ ] **Wrongful Death**
[✔] **Personal Injury**   [ ] **Other Damages** *(specify):*

Jurisdiction *(check all that apply):*
[ ] **ACTION IS A LIMITED CIVIL CASE** (does not exceed $35,000)
    Amount demanded [ ] does not exceed $10,000
                     [ ] exceeds $10,000
[✔] **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $35,000)**
[ ] **ACTION IS RECLASSIFIED** by this amended complaint
    [ ] **from limited to unlimited**
    [ ] **from unlimited to limited**

CASE NUMBER:

CVME2405570

1. Plaintiff *(name or names):* Ian Gibbins
   alleges causes of action against **defendant** *(name or names):*
   Rancho Trapeze Resort, LLC; Temecula Rancho Cielo, LLC; Gloria Gaona, Julio Gaona; Rosalba Schimmel; and Does 1-100, inclusive.

2. This pleading, including attachments and exhibits, consists of the following number of pages: Six (6)

3. Each plaintiff named above is a competent adult
   a. [ ] **except plaintiff** *(name):*
      (1) [ ] a corporation qualified to do business in California.
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor   [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
          (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*
   b. [ ] **except plaintiff** *(name):*
      (1) [ ] a corporation qualified to do business in California.
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor   [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
          (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*
   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2024]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courts.ca.gov

**PLD-PI-001**

| SHORT TITLE:<br>Ian Gibbins vs. Rancho Trapeze Resort, LLC, et al. | CASE NUMBER:<br>CVME2405570 |
|---|---|

4. ☐ Plaintiff *(name)*:
   is doing business under the fictitious name *(specify)*:

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

   a. ☑ **except** defendant *(name)*: **Temecula Rancho Cielo** LLC
   - (1) ☐ a business organization, form unknown.
   - (2) ☐ a corporation.
   - (3) ☐ an unincorporated entity *(describe)*:

   - (4) ☐ a public entity *(describe)*:

   - (5) ☑ other *(specify)*:
     **Limited Liability Company**

   c. ☑ **except** defendant *(name)*: **Rancho Trapeze Resort LLC**
   - (1) ☐ a business organization, form unknown.
   - (2) ☐ a corporation.
   - (3) ☐ an unincorporated entity *(describe)*:

   - (4) ☐ a public entity *(describe)*:

   - (5) ☑ other *(specify)*:
     **Limited Liability Company**

   b. ☐ **except** defendant *(name)*:
   - (1) ☐ a business organization, form unknown.
   - (2) ☐ a corporation.
   - (3) ☐ an unincorporated entity *(describe)*:

   - (4) ☐ a public entity *(describe)*:

   - (5) ☐ other *(specify)*:

   d. ☐ **except** defendant *(name)*:
   - (1) ☐ a business organization, form unknown.
   - (2) ☐ a corporation.
   - (3) ☐ an unincorporated entity *(describe)*:

   - (4) ☐ a public entity *(describe)*:

   - (5) ☐ other *(specify)*:

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.

   a. ☑ Doe defendants *(specify Doe numbers)*: 1-50    were the agents or employees of other named defendants and acted within the scope of that agency or employment.

   b. ☑ Doe defendants *(specify Doe numbers)*: 51-100    are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because

   a. ☑ at least one defendant now resides in its jurisdictional area.
   b. ☑ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify)*:

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify)*:

---

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

**PLD-PI-001**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Ian Gibbins vs. Rancho Trapeze Resort, LLC, et al. | CVME2405570 |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:

a. ☐ Motor Vehicle

b. ☑ General Negligence

c. ☐ Intentional Tort

d. ☐ Products Liability

e. ☑ Premises Liability

f. ☐ Other *(specify):*

11. Plaintiff has suffered *(check all that apply)*

a. ☑ wage loss.

b. ☐ loss of use of property.

c. ☑ hospital and medical expenses.

d. ☑ general damage.

e. ☐ property damage.

f. ☑ loss of earning capacity.

g. ☐ other damage *(specify):*

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are

a. ☐ listed in Attachment 12.

b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

a. (1) ☑ compensatory damages.

  (2) ☐ punitive damages.

b. The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*

  (1) ☑ according to proof.

  (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 12/1/2024

Stacy Augustine, Esq.
_____
(TYPE OR PRINT NAME)

▶

_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001(2)

| SHORT TITLE: Ian Gibbins v. Rancho Trapeze Resort, LLC. | CASE NUMBER: CVME2405570 |
|---|---|

FIRST _____        **CAUSE OF ACTION—General Negligence**        Page ___4___
    (number)

ATTACHMENT TO [ x ] Complaint        [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*:  Ian Gibbins

alleges that defendant *(name)*: Rancho Trapeze Resort, LLC

        [ x ] Does    1 _____    to   100 · _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date)*: 09-10-2024

at *(place)*: Rancho Trapeze Resort, located at 33392 Cee Cee Road, Temecula, CA 92592

*(description of reasons for liability)*:
Plaintiff IAN GIBBINS was harmed by RANCHO TRAPEZE RESORT, LLC; TEMECULA RANCHO CIELO, LLC; GLORIA GAONA; JULIO GAONA; ROSALBA SCHIMMEL; and DOES 1 to 100 ("Defendants") negligence.  Plaintiff was a patron at Rancho Trapeze Report, located at 33392 Cee Cee Road, Temecula, CA 92592, ("Subject Property"), when he was descending off a trapeze and fell approximately 10 feet to the ground due to an apparent failure of the "apron" which gave way upon his decent.  Plaintiff sustained severe catastrophic injuries including but not limited to traumatic brain injury and multiple blunt force trauma to his total body.

Defendants knew or should have known of the dangerous condition on the subject property and failed to safeguard and protect patrons coming on its property.  Defendants owned, operated, occupied, leased, managed, maintained, repaired, controlled the Subject Property, and were responsible for ensuring that the premises did not pose a danger to patrons on the Subject Property.

Defendants were negligent in owing, operating, occupying, leasing, managing, maintenance, repairing and controlling the Subject Property.  As a result of Defendants' negligence, IAN GIBBINS was harmed and required medical care and treatment.  Defendants' Negligence was a substantial factor in causing IAN GIBBINS's harm.

Plaintiff alleges Res ipsa loquitur:
Plaintiff claims that:
1.  Plaintiff IAN GIBBINS's harm ordinarily would not have happened unless someone was negligent;
2.  The harm was caused by something that only Defendants controlled; and
3.  Plaintiff's voluntary actions did not cause or contribute to the events that harmed him.

Page 1 of 1

PLD-PI-001(4)

| SHORT TITLE: Ian Gibbins v. Rancho Trapeze Resort, LLC, et al. | CASE NUMBER: CVME2405570 |
|---|---|

SECOND
_____
(number)

## CAUSE OF ACTION—Premises Liability     Page  5

ATTACHMENT TO  [x] Complaint     [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name):* Ian Gibbins

alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.

On *(date):* 09-10-2024                          plaintiff was injured on the following premises in the following

fashion *(description of premises and circumstances of injury):*
Plaintiff fully incorporates all facts and allegations from his First Cause of Action as though fully set forth herein. Plaintiff fell as he was descending down from a Trapeze due to an apparent failure of the "arpon". Plaintiff fell approximately 10 feet when the apron gave way. Plaintiff sustained severe and catastrophic injuries as a result of the negligence of Defendants and each of them in the ownership and management of the Subject Property. Plaintiff alleges Defendants owned, operated, occupied, leased, managed, maintained, repaired, and controlled the Subject Property. Defendants were negligent in owning, operating, occupying, leasing, managing, maintaining, repairing and controlling the Subject Property. Plaintiff was harm; and that Defendants' negligence was a substantial factor in causing Plaintiff's harm.

Prem.L-2.  [x]  **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):*
Rancho Trapeze Resort, LLC, Temecula Rancho Cielo, LLC; Gloria Gaona; Julio Gaona; Rosalba Schimmel; and

[x] Does 1 _____ to 100 _____

Prem.L-3.  [x]  **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*
Rancho Trapeze Resort, LLC; Temecula Rancho Cielo, LLC; Gloria Gaona; Julio Gaona; Rosalba Schimmel; and

[x] Does 1 _____ to 100 _____

Plaintiff, a recreational user, was  [x] an invited guest.  [ ] a paying guest.

Prem.L-4.  [ ]  *Count Three—Dangerous Condition of Public Property The defendants who owned public property on which a dangerous condition existed were (names):*

[ ] Does _____ to _____

a.  [ ]  The defendant public entity had  [ ] actual  [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b.  [ ]  The condition was created by employees of the defendant public entity.

Prem.L-5.a.  [x]  *Allegations about Other Defendants The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were (names):*
Rancho Trapeze Resort, LLC, Temecula Rancho Cielo, LLC; Gloria Gaona; Julio Gaona; Rosalba Schimmel; and

[x] Does 1 _____ to 100 _____

b.  [ ]  The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are  [ ] described in attachment Prem.L-5.b  [ ] as follows *(names):*

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California PLD-PI-001(4) [Rev. January 1, 2007]     **CAUSE OF ACTION—Premises Liability**     Code of Civil Procedure, § 425.12
www.courts.ca.gov

MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| — Ian Gibbins vs. Rancho Trapeze Resort, LLC | CVME2405570 |

**ATTACHMENT** *(Number):* <u>One (1)</u>

*(This Attachment may be used with any Judicial Council form.)*

**PLAINTIFF HEREBY DEMANDS A JURY TRIAL.**

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page <u>6</u>    of <u>6</u>

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov