Spencer A. Schneider, Esq. (SBN 175071)
Karen E. Adelman, Esq. (SBN 216927)
BERMAN BERMAN BERMAN
SCHNEIDER & LOWARY, LLP
11900 West Olympic Blvd., Suite 600
Los Angeles, California 90064-1151
Telephone: (310) 447-9000
Facsimile: (310) 447-9011
Email: saschneider@b3law.com; keadelman@b3law.com
Legal Assistant: Alma Magana armagana@b3law.com

Attorneys for Plaintiff DB INSURANCE COMPANY, LTD. (U.S. BRANCH)

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DB INSURANCE CO., LTD. (U.S. BRANCH), a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TEMECULA RANCHO CIELO LLC, a California limited liability company, GLORIA GAONA, an individual, JULIO GAONA, an individual, IAN GIBBINS, an individual,<br><br>Defendants. | CASE NO: 5:25-cv-02887-SSS-DTB<br><br>**JOINT STATUS REPORT RE: STATUS OF STATE COURT ACTION** |

Plaintiff DB Insurance Co., Ltd. (U.S. Branch), hereinafter "DBIC," Defendants Temecula Rancho Cielo LLC, Gloria Gaona, Julio Gaona (collectively "TRC Defendants"), and Defendant Ian Gibbins ("Gibbins") hereby submit their joint status report as ordered by the Court on June 16, 2026 (Dkt. 39) concerning the status of the state court action entitled *Gibbins v. Rancho Trapeze Resort, LLC* which Gibbins filed against the TRC Defendants and others on or about December 23, 2024, in the Riverside Superior Court under Case No. CVME2405570, pleading causes of action for negligence and premises liability ("State Court Action").

/ / /

On June 25, 2026, Gibbins filed an amended complaint in the State Court Action. On July 17, 2026, the TRC Defendants filed their answer to the first-amended complaint. Thereafter, the Riverside Superior Court scheduled a mandatory settlement conference to take place on May 10, 2027, and ordered that the jury trial in the State Court Action shall commence on May 28, 2027.

Jointly submitted by:[1]

DATED: September 9, 2026

BERMAN BERMAN BERMAN
SCHNEIDER & LOWARY, LLP

By: /s/ *Karen E. Adelman*
SPENCER A. SCHNEIDER
KAREN E. ADELMAN
Attorneys for Plaintiff DB INSURANCE COMPANY, LTD. (U.S. BRANCH)

DATED: September 9, 2026

NIELSEN KATIBAH LLP

By: /s/ *Dan Katibah*
DAN KATIBAH
Attorneys for Defendants TEMECULA RANCHO CIELO LLC, GLORIA GAONA, and JULIO GAONA

DATED: September 9, 2026

THE VARTAZARIAN LAW FIRM, APC

By: /s/ *Matthew J. Whibley*
STEVE VARTAZARIAN
MATTHEW J. WHIBLEY
Attorneys for Defendant IAN GIBBINS

1. Pursuant to Local Rule 5-4.3.4(a)(2), the undersigned filer attests that all signatories concur in the filing's content and have authorized the filing with electronic signatures.